[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



**FILED** PH

5/17/2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Tyrion S. Hodges

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 20-CV-06643
(To be supplied by the Clerk of this Court)

Thomas Dart, R. Parker
Irachera, Hernandez, Zamhresey,
Rusher, Garza, Shedian, Duran, Druca
Beyer, Ruiz, Stroh, Contorno, Alabi
Deharkic, Garcia, Rivera, Roman, Pasquel
Statler, Villarreal, Torres, Preto, Barajas

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**RECEIVED**

FEB 26 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## *AMENDED COMPLAINT*

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: Tyrion S. Hodges

B.  List all aliases: NA

C.  Prisoner identification number: Y33917

D.  Place of present confinement: CCDOC

E.  Address: 2600 S. California Ave Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Thomas Dart

Title: Head Sheriff Of Cook County

Place of Employment: 50 W. Washington Chicago IL, 60602

B.  Defendant: Rochelle Parker

Title: OPR Director

Place of Employment: 3026 S. California Chicago IL 60608

C.  Defendant: Supt. L Irachena

Title: Superintendent Of Div-9

Place of Employment: 2600 S. California Ave

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. C. Zamfirescu
  Correctional Officer CCS #17619
  2600 S. California Ave CCDOC

E. T. Rusher
  2600 S. California Ave CCDOC
    C/O CCS

F. J. Hernandez
  C/O of Cook County #17728
  2600 S. California Ave CCDOC

G. J. Judkins
  Sgt. C/O of Cook County # 3274
  2600 S. California Ave CCDOC

H. J. Ciukaj
  SGT. C/O of Cook County

I. M. Sheehan #3234
  Cook County sheriff SGT.
  2600 S. California Ave

J. E. Duran #3214
  Cook County Sheriff
  2600 S. California Ave.

K. C. Torres #662
  Cook County Sheriff Lt.
  2600 S. California Ave.

L. T. Beyer #17914
  Correctional Officer Of Cook County
  2600 S. California Ave.

2A

M. N. Draca #18083
    Correctional Officer
    2600 S. California Ave.

N. R. Korkes
    C/O
    2600 S. California Ave.

O. F. Ruiz 02
    C/O
    2600 S. California Ave.

P. M. Statler #3324
    Cook County Sheriff SGT.


Q. W. Rivera # 17989
    C/O
    2600 S. California Ave

R. R. Garcia
    C/O
    2600 S. California Ave.

S. A. Duharkic
    C/O
    2600 S. California

T. E. Villarreal
    Cook County SGT.
    2600 S. California Ave

U. E. Reierson
    C/O
    2600 S. California Ave

2B

V. L. Roman
    C/O
    2600 S. California Ave.

W. S. Stroh # 17808
    C/O
    2600 S. California Ave.

X. D. Contorno
    C/O
    2600 S. California

Y. J. Barajas 02
    Cook County Sheriff LT.
    2600 S. California Ave.

Z. R. Pasquel
    C/O

2A. 2600 S. California Ave.


2B. J. Preto
    C/O
    2600 S. California Ave.

2C. M. Borus
    C/O
    2600 S. California Ave.

M. Koedyker
Lt. Sheriff Of Cook County
2600 S. California Ave.

* At All times mentioned in Complaint All Defendants are
    being Sued Individually in His or Her Official Compasity
All times mentioned All Defendants Acted Under Color Of Law.

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _K9- B353_

B. Approximate date of filing lawsuit: _4 - 15 - 19_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N / A_

D. List all defendants: _Washington County, WI etc,_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _" Washington County " WI WEST BEND)_

F. Name of judge to whom case was assigned: _Nancy Joseph or J. pstudtnuever_

G. Basic claim made: _Deflimation Of Character_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Dismissed, NO appeal, NOT Pending_

I. Approximate date of disposition: _5 - 15 -19_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Tymon Hodges V. Rochelle Parker_
_1:20-CV-4760_

B. Approximate date of filing lawsuit: _8-13-20_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _Rochelle Parker, Zamfirescu, Rusher, Diaz, Brown, Rogans_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _219 S. Dearborn_

F. Name of judge to whom case was assigned: _Jeffrey Cole_

G. Basic claim made: _Accessive force_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3 A

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: _Gallagher V. Tyrion_
_1:20-CV-07640_

B.   Approximate date of filing lawsuit: _Dec 22 2020_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _NA_

D.   List all defendants: _John Gallagher, Jonathan Huff_
_Panetum, Etal_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _219 S. Dearborn_

F.   Name of judge to whom case was assigned: _Susan E. Cox_

G.   Basic claim made: _Unlawful Arrest Wrongful Arrest_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _PENDING_

I.   Approximate date of disposition: _NA_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Tyrion Hodges V. John Mahoney Etal. 20 C 7712

B. Approximate date of filing lawsuit: Dec 22 2020

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: John Mahoney, Brian Nelligan, Kerry Kennedy Nora Shubbuk

D. List all defendants: Tyrion Hodges

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 217 S Dearborn St.

F. Name of judge to whom case was assigned: Mary M Rowland

G. Basic claim made: Due process violation, Cruel / Unused Pun

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Div-9 1E Tier Approx:

2-13-20 I was sent to SEG unit, while On tier from 2-13-20 / 3-9-20 I was experiencing Constant Harrassment and Mental Anguish By J. Hernandez , T. Rusher and C. Zamfirescu, I was not allowed Out my Cell to Shower Or entitled Recreation Out Cell majority of my time on tier Intentionally Causing IIED Displaying Cruel & Unusual Pun. Violating my 8th Amend.

3-9-20 Div-9 1E Tier Approx 11:01 am
Both J. Hernandez and T. Rusher used excessive force when both Officers threw closed fist Punches to My face neck and Head because I Refused to take my foot out of door Due to J. Hernandez opening Cell without SGT, Displaying IIED, and Cruel & Unusual Punishment Violating my 8th Amend C. Zamfirescu Properly restrained me to the ground but Displayed IIED when He Kneed me inside of My back Displaying Cruel & Unusual Punishment Violating my 8th Amend.

4                                                  Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I was taken to Medical for what

3-9-20 Div-9 1E Approx 12:00 pm

I Returned to my cell while medication was being passed out.
lunch trays Have already been Passed.

Once Secure in cell Rusher opened food pass to remove cuffs and
to get my medication.

When I asked about my lunch tray Zamfirescu stated "you don't eat today"
As Rusher tried to Close food pass while my arm was still in it
I asked for my sandle that was on floor next to my cell.
T. Rusher Displayed IIED and Cruel ; Unusual Pun. When
He began to mace inside the Cell spraying me and Room mate.
I was taken for Decontamination and medical. Doing So Violated my 8th Amen

3-9-20 Div-9 1F 1030 Cell Approx

I was moved to 1F (staff Assult) Tier though I wasn't written up for
such infraction. I spoke to Lt. M. Koedyker and Sgt. Squires
About the Constant mistreatment and Harrassment But Displayed
Cruel ; Unusual Pun. When they maliciously and Deliberately
placed me On 1F 1030 Cell which is blocked from Camera view.
Failing to protect when they Knew it was a Risk Violating My 8th Amend.

Div-9 1F 1030 Cell 3-28-20 Approx 11:20 pm

Officer D. Stroh came to my Cell and stated I Wasn't coming out.
for an incident with Contorno Days before which was never documented
During medication Nurse came to my Cell 1030 to give me my medication
After taking my meds Stroh and Contorno and another Officer
Rushed in my cell.

D. Stroh Displayed Cruel ; Unusual Pun Causing intentional Distress
when He Choked me with both Hands Suffocating me
Violating my 8th Amend.

4A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. Contorno Displayed intentionally inflicted pain on me when He threw multiple Close fist punches to my Stomach and body showing Cruel; Unusual Pun. Violating my 8th Amend.

N. Draca and T. Beyer Arrived And joined in Violating my 8th Amend Causing maliciously inflicted pain when N. Draca punching me in my head
T. Beyer elbowed me twice in my back
I Kept yelling "I'm not Resisting"
Both liable Of Cruel; Unusual Pun.
Sgt Duran.E and M. Sheehan Arrived late with body camera and transported me to elevator Supervised by M. Sheehan and His body Camera. M. Sheehan Walked Away for Split moment. Once On the elevator, T. Beyer Displayed Cruel; Unusual Punishment When He began to punch me in Kidneys and once inbetween my legs Hitting me testicles Violating my 8th Amend.
Draca Violated my 8th Amend Displaying Cruel; Unusual Punishment he Also threw blows at my ribs and Stomach.
Sheehan Returned and was seen by medical Downstairs.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3-28-20 Div-9 IF 1227 Cell Approx 12:20pm

. I was assigned to A. New cell 1227 on Div-9 IF Tier
While Returning from medical Draca N. and M. Sheehan
Displayed excessive Force and Cruel; Unusual Pun when
they intentionally dragged me up the stairs not allowing me to
walk Violating my 8th Amend.

. They Secured and locked the door and was taking the Handcuffs
off through foodpass.

F. Ruiz Displayed Cruel and Unusual Punishment When He began
Twisting and bending my wrist Causing the Cuffs to Cut deeper in my
Wrist Causing Bleeding; Violating my 8th Amend

M. Sheehan then Displayed intentional inflicted pain because
though Officers had both arms, He Sprayed large amounts of
Mase into my neck and right ear. Violating my 8th Amend.

The Cell Door was Opened and I Swung out with arms in the
Foodpass. I Was Dragged into the Cell to be Cuffed.
N. Draca Displayed intentional Cruel; Unusual Punishment
because He Repeatedly Hit me in the left Side Of Face Causing
immediate swelling and Blood Claught. Violating My 8th Amend.
T. Bayer then Displayed Cruel; Unusual Punishment When He
slammed His fist on top of my Back While I Was being Cuffed
Violating my 8th Amend.

M. Sheehan Displayed Cruel; Unusual Punishment for multiple reasons
He first Deliberately watched and Condoned multiple Officers
Beating me while in Cuffs, and Punched me in my head making
it bounce of the bottom bunks Metal Causing to Slash over right
eyelid and intentionally block His view of Body Camera.
Violating my 8th Amend.

5A

In the same moment R. Korkus Displayed Cruel & Unusual Punishment Because Continuously Kicked me while On the ground Violating my 8th Amend.

I was picked Up in Cuffs and dragged Down the stairs Carelessly. I Was taken to Despencery and A Nurse Sent me to Urgent Care Due to Massive Head trauma Blood Clought and Constant Bleeding, Talking me in and Out Of Conciousness.

I was transported By E. Duran Sgt Of Div-9 LS with live body Cam. E. Duran Displayed Cruel & Unusual Pun. When He forced me to Walk When I was On and Out Of Concious. Deliberately Risking I fall out or Have Seizures. Violating my 8th Amend.

3-28-20 Div-Cermack Cage 10 Approx. 1:15 pm
E. Duran Violated My 8th Amend Displaying Cruel & Unusual Pun. When I Asked Multiple time for my lunch and Water Deliberately Denied me both lunch and Dinner Intentionally Causing pain & Suffering Violating my 8th Amendment.

3-30-20 Xray and Catscan Done Due to injuries

4-10-20 Div-9 1F 1227 Cell
I was On Hunger strike Due to Not being allowed Shower & Recreation S. Stroh and F. Ruiz Violated my 8th Amend When they Used unessesary excessive force by trying to force A Tray into my Cell against my Will
F. Ruiz then began to stab me Constantly in Right arm with Hand Cuff Keys Displaying Cruel & Unusual Pun Harrassment Violating my 8th Amend.

5B

4-11-20 Div-9 1F 1227 Cell

Mo Sheehan Came to my cell and Ask Why are I On Hunger Strike
I told Him since 3-28-20 Incident I Havnt been Out for anything
and Officers Are provoking me.
He then Carelessly and intentionally Violated my
14th amend because He Deliberately allowed Officers Under his Supervision
Deprive me Off all property including legal Material and log book
It Documented Harrassment without justification Or Due process.
Violating My 8th Amend Subjecting me to Cruel ; Unusual Punishment

4-18-20 Div-9 1F 1227 Cell 6:37pm

I Refused to give back the foam tray because I Wanted to Speak to
A Superior about All my things taken without recieving a ticket
Or Any Dueprocess.
R. Garcia , T. Beyer and Another Officer entered Cell
M. Statler Did Not Have Camera on his Body active.
I expressed I needed my things and Havnt been Out the room
Since 3-28-20. Statler Ignored all pleas and made them take
Dinner tray.
Upon them leaving I stated to Beyer He was A "Cavard ; A fagg"
T. Beyer Violated my 8th Amend Shaving Cruel ; Unusual Punishment
When He struck Me Closed fist twice in the face.
I Was taken to the ground.
While Cuffed A. Duhartic Showed Cruel ; Unusual Pun when he
Threw 4 to 5 Blows to my facial Area Violating My 8th Amend.

M. Statler Deliberately Watched and Blocked body camera as multiple
Officers jump me Under his Supervision failing to protect me
Subjecting me to Cruel ; Unusual Pun- Violating My 8th Amend.

I was taken to Div-9 1S Visit room

My Vision was Completely blind in my left eye.

I Spoke to Lt. Of Div-9 1S C. Torres and Sgt. Rudnick

I expressed I feared for my life and wanted PC.

I was Once again sent to Urgent Care Div-Cermack to See A Doctor.

Div-8 Cermack Cage #1 4-18-20 Approx. 11:30pm

I was transported to Above location to wait for Doctor.

I was in Cuffs, Bluebox and Shackles. I Spoke to Dr. yu and He jus cleared me without Documenting my enjuries or giving me anything for pain.

I Asked for Some Oitment that will Help with Scars on my wrist J. Perez snatch my arm and told me No.

I Snatched Away Stating "your Hurting my arm".

Suddently E. Reierson Assisted as well As L. Rosario.

E. Reirson Displayed Excessive intentional force when even while I was Completely Secure full body Restraint He put all Of His body weight On my chest and Neck with His Knee Causing me to Suffeicate Violating my 8th Amend. Shawing Cruel; Unusual Punishment.

Once again Seen by medical and Cleared.

M. Statler, W. Rivera and R. Garcia arrived to take me to see Mental Health.

4-19-20 Div-Cermack Mental Health room Approx: 1:20am

I Spoke to Mental Health Specialist Ms. Calhoun, I Was Crying and told Her I Wasn't Safe and feared for my Safety

She told me she couldn't Do anything And Did not provide any privacy allowing the Accused to listen Causing tention.

5D

Once done in the mental Health while leaving M. Statler Blindsided me from the left side while I was defenceless in bluebox and shacklers Knocking me to the ground out of my sandles Violating my 8th Amend and Showing Cruel & Unusual Punishment.

R. Garcia and W. Rivera Displayed Cruel & Unusual Punishment when they fallowed Suit Both throwing punches and Kicking me in my Back, Head and Ribs. Violating my 8th Amend. I went Unconcious. I woke up being Strapped in Restraint Chair Without my Shoes I Began to Scream and Cry and R. Garcia began to Choke me Relentlessly Displaying Cruel & Unusual Pun. Violating my 8th Amend. Multiple Nurses as Well As Sgt M. Statler witnessed the excessive use of force but did nothing to Stop them.

In Result I Suffered Busted up, Swollen Nose, Blackeye and Soar Ribs. I Arrived Back at Div-9 IF to her M. Statler Displayed intentional infliction of pain & Suffering When He forced me to Walk With HandCuffs at my feet up Stairs Cutting my ancklcs which violates my 8th Amend Subjecting me to Cruel & Unusual Punishment. I was secure in cell and they left tier, without being Seen by medical and No Report was Documented.

4-23-20 Div-9 IF 1227 Cell Approx 9:00 pm The Nurse Was sent to Check my vitals because I Shaved Symtoms of Carona. Roman. L. Displayed Cruel and Unusual Pun. Violating my 8th Amend. When Cuffed to the back Slammed me on the wall being overly Rough Constantly Being provoking Calling me "A little Bitch"

R. Garcia Violated my 8th Amend. Displaying Cruel; Unusual Pun.
Because he intentionally pushed me by the Staircase making me Stumble
on edge of Stairs. And locked me back in the Cell Without allowing
Nurse to Check if I Was OK Being Deliberate indifferant to my
medical Needs.

5-3-20 Div-9 1st Tier Approx
J. Judkins and J. Ciekaj Violated my 8th Amend allowing Cruel; Unusual
Punishment When they were aware Of the Harrassment and
tactics officers have Shown on me and Maliciously and Deliberately
Allowed a Officer Under their Supervision to Smack my medication
out of my mouth while I Was Drinking water during medication
failing to protect me from Harrassment and Depriving me of
equal protection Of the law Violating Also My 14th Amend.
Nothing was ever documented.

5-6-20 Div-9 1F 1227 Cell Approx 5:50pm
L. Roman and W. Rivera Came and Opened my Cell Door without Approved or
Assistance Of A Superior. I Attempted to push out Of fear of being
Cornered in cell.
L. Roman Violated my 8th Amend Displaying Cruel; Unusual Pun.
When He repeatedly Punched me 3-10 times in my face; Head
W. Rivera fallowed Suit throwing Punches even after I Was On the
ground Violating my 8th Amend Displaying Cruel; Unusual Punishment.
L. Roman then again used excessive force intenting on Causing Harm
when He dragged me into Cell and Repeatedly Slammed face into floor.
Violating 8th Amend. Displaying Cruel; Unusual Pun.

T. Beyer suddently appeared diving on top of me "Saying you just Don't learn I guess you like being my bitch" punching me twice in the back. Violating my 8th Amend Displaying Cruel ; Unusual Punishment.

Sgt. E Villarreal Arrived and was Cuffed and taken off tier to Div-9 15 Visiting Cage.
There, I spoke With Sgts. M. Statler and E. Villarreal and Was Crying and Kept Promising to Kill myself, and I'm being Constantly Attacked by the same Group.

C. Torres Displayed Deliberate indifferance and failed to protect On this Day because she Knows about the potential threat and danger these Officers ~~around~~ are to me Due to Our Conversation 4-18-20. Which she failed to insure my saffey, in result I Was Attacked and Sent to Div-Cermack 2N for Suicidal Observation Violating my 8th and 14th Amend Displaying Cruel; Unusual Pun. and Deprived Of equal protection Of the laws.

L. Irachena Displayed Deliberate Indifferance, and failed to protect me because he Knew and Was well aware Of my situation Due to Multiple Grievances was forwarded Directly to Him due to Staff Misconduct He did not act Reasonabley and in Result I Was Continuously Harrassed and physically abused my entire time in SEG. Violating My 8th Amend Showing Cruel; Unusual Pun.

M. Statler; E. Villarreal Violated my 8th and 14th Amend Subjecting me to Cruel; Unusual Pun. When they Both Knew of the potential threat there Officers are to me. and Deliberately allowed me to be Attacked Once again by Officers Under their Supervision.

5-16-20 Div-Cermack 2N Approx 5:00pm
I locked up after dayroom with No incident
5 minutes later Lt. J. Barajas 02 and 3 Other Officers entered my
Cell. I Was reading my Bible On Matress
Barajas was screaming demanding I Get On My Knees
I turned around, Hands behind my back to be cuffed
J. Barajas signaled the Officers and J. Preto and R. Pasquel
and M. Borus All began Restraining me.

R. Pasquel Violated my 8th Amend. Showing Cruel ; Unusual Punishment
When intended to Cause Harm and Not bring Under by striking me
On the ground.
J. Barajas Deliberately watched As Officers Under his Supervision Cause
physical Harm to Me failing to protect Me. Violating my 8th Amend
Subjecting me to Cruel ; Unusual Punishment.

I Was Cuffed and taken to A One man Cell #
I tried to Reason with the Lt. asking Why was I Being
strapped Down and Could I just Recieve Shot instead.

I was Restrained and strapped Down and Nurse Alabi
took A Huge Cutting Knife and Cut all Of my Clothes Off
When I Wasnt Suicidal Or Combative.
I Was strapped Down On my Back in star fish position for
16 Hours When I Wasnt A threat to Myself Or anyone to
Violating my 8th Amend. Subjecting Me to Cruel ; Unusual Punishment

50

Rochelle Parker Violated My 8th and 14th Amends.
Because she Knew about the Multiple Staff Misconduct Complaints
I filed But Didnt launch A Investigation Or Responded informing me
of my rights on what I Could Do further Depriving me of
equal protection Of the laws and Deliberately failed to protect me
from Danger Subjecting me to Cruel; Unusual Punishment.

Thomas Dart Violated My 8th Amend Displaying Cruel; Unusual
Punishment Because 8-26-20 I Sent A letter as Well As
On earlier about the Constant physical and Mental Abuse
Ive experienced Nonstop. He Knew and failed As A Superior
to protect me and Deliberately allowed Me to be mistreated
Causing Mental Anguish and IIED.

5R

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.  Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Declatory ; Injunctive Relief
Monetary Relief,
Compensatory ; Punitive damages
Costs And Attorneys Fees in Suit

Any Relief Court Seems Just

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _Feb_ day of _12_ , 20 _21_

_Tyrion Hodges_
(Signature of plaintiff or plaintiffs)

_Tyrion Hodges_
(Print name)

_#729073  BNo. 20200201065_
(I.D. Number)

_2600 S. California Ave_
_Chicago IL, 60608_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

NOTICE OF FILING / PROOF OF SERVICE

In the United States District Court Civil Division

)

Tyrion Hodges                                    ) 20-CV-06643

            V.                                   )

Thomas Dart Etal.                                ) Hon. John F. Kness

TO. U.S District Court 219 S. Dearborn St. Chicago IL, 60604

I Tyrion Hodges Hearby notify you on todays date , **2** / 12 / 2021
Im Submitting in U.S mail Proper Postage Pre-paid, **30** USM-285
1 Amended 1983 Complaint with another Attorney Representation
motion. Under Penalty Of Purjury I Declare furgoing true.

2/18/2021

OFFICIAL SEAL
THOMAS KEEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/24/21

X   Thomas Keel                              Tyrion Hodges

     NOTARY                                   Tyrion Hodges
                                              PO BOX 089002
                                              Chicago IL. 60608
                                              02 / 12 / 2021

Tyrion Hodges # 20200201065
Chicago IL, 60608
PO Box 089002





United States District Court
219 S. Dearborn St.
Chicago IL, 60604



02/26/2021-32

SOUTH SUBURBAN IL 604
TUE 23 FEB 2021
PM



PROOF OF SERVICE