**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TYRION S. HODGES, | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-06643 |
| | ) | |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF THOMAS | ) | |
| DART, R. PARKER, SUPT. L. | ) | |
| IRACHERA, C. ZAMFIRESCU, | ) | |
| T. RUSHER, J. HERNANDEZ, | ) | |
| J. JUDKINS, J. CRUKAJ, M. | ) | |
| SHEEHAN, E. DURAN, C. TORRES, | ) | |
| T. BEYER, N. DRACA, R. KORKES, | ) | |
| F. RUIZ, M. STATLER, W. RIVERA, | ) | |
| R. GARCIA, A. DUHARKIC, | ) | |
| E. VILLARREAL, E. REIERSON, | ) | |
| L. ROMAN, S. STROH, D. CONTORNO, | ) | |
| J. BARAJAS, R. PASQUEL, J. PRETO, | ) | |
| M. BORUS, and M. KOEDYKER, | ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

NOW COME Defendants, COOK COUNTY SHERIFF THOMAS DART, R. PARKER, SUPT. L. IRACHERA, C. ZAMFIRESCU , J. HERNANDEZ, J. JUDKINS, J. CRUKAJ, M. SHEEHAN, E. DURAN, C. TORRES, T. BEYER, N. DRACA, R.KORKES, F. RUIZOZ, M. STATLER, W. RIVERA, R. GARCIA, A. DUHARKIC, E. VILLARREAL, E. REIERSON, L. ROMAN, S. STROH, D. CONTORNO,J. BARAJAS, R. PASQUEL, J. PRETO, M. BORUS, and M. KOEDYKER (collectively, "Defendants"), by and through their attorneys, Jason E. DeVore and Troy S. Radunsky of the law firm DeVore Radunsky LLC, and for their Answer to Plaintiff's Amended Complaint, states as follows:

## INCIDENTS

### Count I- 8th Amendment & Infliction of Emotional Distress
### (Defendants T. Rusher, J. Hernandez, and C. Zamfirescu)

*2/18/20 DIV-9 1E TIER*

1.      I was sent to SEG unit, while on tier from 2-18-20 / 3-9-20 I was experiencing Constant Harassment and Mental anguish by J. Hernandez, T. Rusher, and C. Zamfirescu.

**ANSWER:**      **Defendants J. Hernandez, and C. Zamfirescu deny the allegations in paragraph 1. The remaining defendants who have filed appearances lack knowledge and have insufficient information to admit or deny the allegations in paragraph 1.**

2.      I was not allowed Out my Cell to shower or entitled Recreation Out Cell majority of my time on tier.

**ANSWER:**      **Defendants J. Hernandez, and C. Zamfirescu deny the allegations in paragraph 2. The remaining defendants who have filed appearances lack knowledge and have insufficient information to admit or deny the allegations in paragraph 1.**

3.      Intentionally causing IIED Displaying Cruel & Unusual Pun. Violating my 8th Amend.

**ANSWER:**      **Defendants J. Hernandez, and C. Zamfirescu deny the allegations in paragraph 1. The remaining defendants who have filed appearances lack knowledge and have insufficient information to admit or deny the allegations in paragraph 1.**

### Count II- 8th Amendment, IIED, Excessive Force
### (Defendants C. Zamfirescu, T. Rusher, J. Hernandez)

*3-9-20 DIV-9 1E TIER APPROX. 11:01 AM*

4.      Both J. Hernandez and T. Rusher used excessive force when both officers threw closed fist Punches to my face neck and Head because I Refused to take my foot out of door Due to J. Hernandez opening cell without SGT, Displaying IIED, and Cruel & Unusual Punishment Violating my 8th Amend.

2

**ANSWER:** **Defendant J. Hernandez denies the allegations in paragraph 4. The remaining defendants lack knowledge and have insufficient information to admit or deny the allegations in paragraph 4.**

5.    C. Zamfirescu properly restrained me to the ground but displayed IIED when He Kneed me inside of my back displaying Cruel & Unusual Punishment Violating my 8th Amend.

**ANSWER:** **Defendant Zamfirescu admits he properly restrained you. Defendant Zamfirescu denies the remaining allegations in paragraph 5. The remaining defendants lack knowledge and have insufficient information to admit or deny the allegations in paragraph 5.**

6.    I was taken to Medical for injuries.

**ANSWER:** **Defendant Zamfirescu denies the allegations in paragraph 6. The remaining defendants lack knowledge and have insufficient information to admit or deny the allegations in paragraph 6.**

### Count III Count II- 8th Amendment, IIED, Excessive Force
### (Defendant T. Rusher & Zamfirescu)

***3-9-20 DIV-9 1E APPROX. 12:00 PM***

7.    I Returned to my cell while medication was being passed out.

**ANSWER:** **The Defendants lack knowledge and have insufficient information to admit or deny the allegations in paragraph 7.**

8.    Lunch trays have already been passed.

**ANSWER:** **The defendants lack knowledge and have insufficient information to admit or deny the allegations in paragraph 8.**

9.    Once secure in Cell Rusher opened food pass to remove cuffs and to get my medication.

**ANSWER:** **The defendants lack knowledge and have insufficient information to admit or deny the allegations in paragraph 9.**

10.     When I asked about my lunch tray Zamfirescu stated "you don't eat today"

**ANSWER:** **Defendant Zamfirescu denies the allegations in paragraph 10. The remaining Defendants lack knowledge and have insufficient information to admit or deny the allegations in paragraph 10.**

11.     As Rusher tried to Close food pass while my arm was still in it I asked for my sandle that was on floor next to my cell.

**ANSWER:** **The Defendants lack knowledge and have insufficient information to admit or deny the allegations in paragraph 11.**

12.     T. Rusher displayed IIED and Cruel & Unusual Pun. When He began to move inside the Cell spraying me and roommate.

**ANSWER:** **The Defendants lack knowledge and have insufficient information to admit or deny the allegations in paragraph 12.**

13.     I was taken for Decontamination and medical.

**ANSWER:** **The Defendants lack knowledge and have insufficient information to admit or deny the allegations in paragraph 13.**

14.     Doing so violated my 8th Amend.

**ANSWER:** **Defendant Zamfirescu denies the allegations in paragraph 14. The remaining Defendants lack knowledge and have insufficient information to admit or deny the allegations in paragraph 14.**

### *3-9-20 DIV-9 1F 1030 Cell Approx.*

15.     I was moved to 1F (Staff Asslt) Tier though I wasn't written up for such infraction.

**ANSWER:** **Defendant Zamfirescu admits plaintiff was escorted off the tier and moved to 1F. Defendant Zamfirescu denies the remaining allegations in paragraph 15. Further, the remaining defendants have insufficient information to admit or deny the allegations in paragraph 15.**

16.     I spoke to Lt. M. Koedyker and Sgt. Squires about the constant mistreatment and harassment But Displayed Cruel & Unusual Pun. When they maliciously and Deliberately placed me on 1F 1030 Cell which is blocked from Camera view.

**ANSWER:** **Defendant Koedyker denies the allegations in paragraph 16. Further, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 16.**

17.     Failing to protect when they knew it was a Risk Violating my 8th Amend.

**ANSWER:** **The Defendants deny the allegations in paragraph 17.**

### Count IV- 8th Amendment, Excessive Force, & IIED
### (Defendant Stroh, Draca, Beyer, Contorno, Sheehan)

***3-28-20 DIV-9 1F 1030 CELL APPROX. 11:20 PM***

18.     Officer D. Stroh came to my Cell and stated I wasn't coming out for an incident with Contorno Days before which was never documented.

**ANSWER:** **Defendant Stroh admits you did not come out of your cell. Defendant Stroh denies all other allegations in paragraph 18. Further, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 18.**

19.     During medication Nurse came to my Cell 1030 to give me my mediation.

**ANSWER:** **Defendants Stroh, Draca, Contorno admit the allegations in paragraph 19. Further, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 19.**

20.     After taking my meds, Stroh and Contorno and another officer Rushed in my cell.

**ANSWER:     Defendants Stroh, Draca, Contorno admit the allegations in paragraph 20. Further, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 20.**

21.     D. Stroh Displayed Cruel & Unusual Pun. Causing intentional Distress when he Choked me with both hands suffocating me Violating my 8th Amend.

**ANSWER:     Defendants Stroh, Draca, Contorno deny the allegations in paragraph 21. Further, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 21.**

22.     D. Contorno Displayed intentionally inflicted pain on me when he threw multiple close fist punches to my Stomach and body showing Cruel & Unusual Pun. Violating my 8th Amend.

**ANSWER:     Defendants Stroh, Draca, Contorno deny the allegations in paragraph 22. Further, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 22.**

23.     N. Draca and T. Beyer Arrived and joined in, violating my 8th Amend. Causing maliciously inflicted pain when N. Draca punching me in my head.

**ANSWER:     Defendants Stroh, Draca, Beyer, Contorno admit Draca and Beyer escorted plaintiff to Div IX. Stroh, Draca, Beyer, Contorno deny the remaining allegations in paragraph 23. Further, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 23.**

24.     T. Beyer elbowed me twice in my back.

**ANSWER:** **Stroh, Draca, Beyer, Contorno deny the allegations in paragraph 24. Further, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 24.**

25.    I kept yelling "I'm not resisting"

**ANSWER:** **Defendants have insufficient information to admit or deny the allegations in paragraph 25.**

26.    Both liable of Cruel & Unusual Pun.

**ANSWER:** **Defendants Stroh, Draca, Beyer, Contorno deny the allegations in paragraph 26. Further, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 26.**

27.    Sgt. Duran. E and M. Sheehan Arrived late with body camera and transported me to elevator Supervised by M. Sheehan and His body camera.

**ANSWER:** **Defendant Sheehan admits he had body cam and escorted the plaintiff to Division IX dispensary. Defendant Sheehan denies he arrived late. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 27.**

28.    M. Sheehan walked away for split moment.

**ANSWER:** **Defendant Sheehan denies the allegations in paragraph 28. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 28.**

29.    Once on the elevator, T. Beyer Displayed Cruel & Unusual Punishment when he began to punch me in kidneys and once in between my legs hitting me testicles violating my 8th Amend.

**ANSWER:** **Defendant Beyer denies the allegations in paragraph 29. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 29.**

30.     Draca Violated my 8th Amend Displaying Cruel & Unusual Punishment he also threw blows at my ribs and stomach.

**ANSWER:** **Defendant Draca denies the allegations in paragraph 30. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 30.**

31.     Sheehan Returned and was seen by medical downstairs.

**ANSWER:** **Defendant Sheehan admits plaintiff was seen by medical. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 31.**

**Count V - 8th Amendment, Excessive Force, & IIED**
**(Defendants Sheehan, Draca, Ruiz, Beyer)**

***3-28-20 DIV-9 1F 1227 Cell Approx. 12:20 PM***

32.     I was assigned to A new cell 1227 on Div-9 1F Tier.

**ANSWER:** **Defendants Sheehan, Beyer, Draca, Korkes and Ruiz admit the allegations in paragraph 32. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 32.**

33.     While returning from medical Draca N. and M. Sheehan Displayed excessive force and Cruel & Unusual Pun. When they intentionally dragged me up the stairs not allowing me to walk Violating my 8th Amend.

**ANSWER:** **Defendants Sheehan and Draca, deny the allegations in paragraph 33. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 33.**

34.     They secured and locked the door and was taking the Handcuffs Off through food pass.

**ANSWER:  Defendants Sheehan and Draca admit the allegations in paragraph 34. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 34.**

35.     F. Ruiz Displayed Cruel and Unusual Punishment when He began twisting and bending my wrist Causing the Cuffs to Cut deeper in my wrist causing bleeding, Violating my 8th Amend.

**ANSWER:  Defendants Ruiz denies the allegations in paragraph 35. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 35.**

36.     M. Sheehan then Displayed intentional inflicted pain because though Officers had both arms, he sprayed large amounts of Mase into my neck and right ear. Violating my 8th Amend.

**ANSWER:  Defendants Sheehan admits mace was sprayed. Defendant Sheehan denies the remaining allegations in paragraph 36. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 36.**

37.     When the Cell Door was opened, I swung out with arms in the Food pass.

**ANSWER: Defendants Sheehan admits the allegations in paragraph 37. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 36.**

38.     I was Dragged into the Cell to be Cuffed.

**ANSWER:** Defendants Sheehan admits plaintiff was cuffed and dragged from his cell. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 38.

39.    N. Draca Displayed intentional Cruel & Unusual Punishment because he Repeatedly hit me in the left side of face Causing immediate swelling and Blood caught, violating my 8th Amend.

**ANSWER:** Defendant Draca denies the allegations in paragraph 39. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 34.

40.    T. Beyer then displayed Cruel & Unusual Punishment when He slammed his fist on top of my back while I was being Cuffed Violating my 8th Amend.

**ANSWER:** Defendant Beyer denies the allegations in paragraph 40. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 40.

41.    M. Sheehan Displayed Cruel & Unusual Punishment for multiple reasons

**ANSWER:** Defendant Sheehan denies the allegations in paragraph 41. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 41.

42.    He first Deliberately watched and Condoned multiple officers Beating me while in Cuffs, and punched me in my head making it bounce of the bottom bunks metal causing a gash over right eyelid and intentionally block His view of Body Camera Violating my 8th Amend.

**ANSWER:** Defendant Sheehan denies the allegations in paragraph 42. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 42.

43. In the same moment R. Korkus Displayed Cruel & Unusual Punishment Because Continually kicked me while on the ground violating my 8th Amend.

**ANSWER: Defendant Korkes denies the allegations in paragraph 43. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 41.**

44. I was picked up in Cuffs and dragged Down the stairs Carelessly.

**ANSWER: Defendants Draca, Sheehan. Korkes and Duran deny the allegations in paragraph 44. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 44.**

45. I was taken to Despencery and A Nurse sent me to Urgent Care Due to massive Head Trauma Blood Claught and Constant bleeding, taking me in and out of Consciousness.

**ANSWER: Defendants Draca, Sheehan. Korkes and Duran admit you were taken to the dispensary. The Defendants have insufficient information to admit or deny the remaining allegations in paragraph 45.**

46. I was transported by E. Duran Sgt of Div-9 1S with live body cam.

**ANSWER: Defendant Duran admits he had his body cam recording. The remaining Defendants have insufficient information to admit or deny the allegations in paragraph 46.**

47. E. Duran displayed Cruel & Unusual pun. When he forced me to walk when I was On and out of Conscious Deliberately Risking I fall out or Have Seizures, violating my 8th Amend.

**ANSWER: Defendant Duran denies the allegations in paragraph 47. The remaining Defendants have insufficient information to admit or deny the allegations in paragraph 46.**

## Count VI - 8th Amendment
### (Defendant-Duran)

*__3-28-20 DIV-CERMAK CAGE 10 APPROX. 1:15 PM__*

48.     E. Duran violated my 8th Amend. Displaying Cruel & Unusual Pun. When I asked multiple time for my lunch and water Deliberately Denied me both lunch and Dinner Intentionally Causing pain & Suffering Violating my 8th Amendment.

**ANSWER: Defendant Duran denies the allegations in paragraph 48. Further answering, the remaining Defendants have insufficient information to admit or deny the allegations in paragraph 48.**

49.     3-30-20 X Ray and Catscan Done due to injuries.

**ANSWER: Defendants have insufficient information to admit or deny the allegations in paragraph 49.**

## Count VII - 8th Amendment
### (Defendant-Stroh & Ruiz)

*__4-10-20 DIV-9 1F 1227 CELL__*

50.     I was on Hunger Strike Due to not being allowed shower & Recreation

**ANSWER: Defendants have insufficient information to admit or deny the allegations in paragraph 49.**

51.     S. Stroh and F. Ruiz Violated my 8th Amend. When they used unnecessary excessive force by trying to force A Tray into my Cell against my will.

**ANSWER: Defendants Stroh and Ruiz deny the allegations in paragraph 51.**

52.     F. Ruiz then began to stab me Constantly in Right arm with Hand Cuff Keys Displaying Cruel & Unusual Pun. Harrassment Violating my 8th Amend.

**ANSWER:** **Defendants Ruiz denies the allegations in paragraph 52. The remaining Defendants have insufficient information to admit or deny the allegations in paragraph 52.**

<u>**Count VIII - 8th & 14th Amendment**</u>
**(Defendant-Sheehan)**

<u>***4-11-20 DIV-9 1F 1227 CELL***</u>

53.     M. Sheehan Came to my cell and ask why am I on Hunger Strike.

**ANSWER:** **Defendant Sheehan denies the allegations in paragraph 53. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 53.**

54.     I told him since 3-28-20 Incident I haven't been out for anything and officers are provoking me.

**ANSWER:** **Defendant Sheehan denies the allegations in paragraph 54. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 54.**

55.     He then Carelessly and Intentionally violated my 14th amend because he Deliberately allowed officers under his supervision deprive me of all property including legal material and log book of documented harassment without justification or due process, violating my 8th Amend subjecting me to Cruel & Unusual Punishment.

**ANSWER:** **Defendant Sheehan denies the allegations in paragraph 55. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 54.**

<u>**Count IX - 8th Amendment, Excessive Force, Failure to Protect**</u>
**(Defendants- Garcia, Beyer, Statler & Rivera)**

<u>***4-18-20 DIV-9 1F 1227 CELL 6:37 PM***</u>

56.     I refused to give back foam tray because I wanted to speak to A superior about all my things taken without receiving a ticket or any due process.

**<u>ANSWER</u>:  Defendants Garcia, Beyer, Statler, Rivera admit that you refused to give back your tray. The Defendants have insufficient information to admit or deny the remaining allegations in paragraph 56.**

57.     R. Garcia, T. Beyer, and another officer entered Cell.

**<u>ANSWER</u>: Defendants Garcia, Beyer, Statler, Rivera admit the allegations in paragraph 57. The remaining Defendants have insufficient information to admit or deny the allegations in paragraph 57.**

58.     M. Statler did not have Camera on his Body active.

**<u>ANSWER</u>:  Defendant Statler denies the allegations in paragraph 58. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 58.**

59.     I expressed I needed my things and havnt been out the room since 3-28-20.

**<u>ANSWER</u>: The Defendants have insufficient information to admit or deny the allegations in paragraph 58.**

60.     Statler ignored all pleas and made them take dinner tray.

**<u>ANSWER</u>:  Defendant Statler denies the allegations in paragraph 60. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 60.**

61.    Upon them leaving I stated to Beyer he was A "Coward & A fagg"

**ANSWER:  The defendants have insufficient information to admit or deny the allegations in paragraph 61.**

62.    T. Beyer Violated my 8th Amend showing Cruel & Unusual Punishment when he struck me closed fist twice in the face.

**ANSWER:  Defendant Beyer denies the allegations in paragraph 58. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 58.**

63.    I was taken to the ground.

**ANSWER:  Defendants Garcia, Beyer, Statler, Rivera admit the allegations in paragraph 63. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 63.**

64.    While cuffed A. Duharkic showed Cruel & Unusual Pun. When he threw 4 to 5 blows to my facial area violating my 8th Amend.

**ANSWER:   Defendant Duharkic denies the allegations in paragraph 64. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 64.**

65.    M. Statler Deliberately watched and blocked body camera as multiple officers jump me Under his supervision failing to protect me subjecting me to cruel & unusual pun. Violating my 8th Amend.

**ANSWER:   Defendant Statler denies the allegations in paragraph 65. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 65.**

66.     I was taken to Div-9 1S Visit room

**ANSWER:**  **The defendants have insufficient information to admit or deny the allegations in paragraph 66.**

67.     My vision was Completely blind in my Left eye

**ANSWER:**  **The defendants Garcia, Beyer, Statler, Rivera deny the allegations in paragraph 67. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 67.**

68.     I spoke to lt. Of. Div-9 1S C. Torres and Sgt. Rudnick.

**ANSWER:**  **The Defendants Garcia, Beyer, Statler, Rivera admit the allegations in paragraph 68. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 68.**

69.     I expressed I feared for my life and wanted PC.

**ANSWER:**  **The defendants have insufficient information to admit or deny the allegations in paragraph 69.**

70.     I was once again sent to Urgent care Div-Cermak to See a Doctor.

**ANSWER:**   **The Defendants Beyer, Statler, Rivera admit the allegations in paragraph 70. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 70.**

### Count X- 8th Amendment, Excessive Force
### (Defendant- Reierson, Garcia, Rivera, & Statler)

*4-18-20 DIV-8 CERMACK CAGE #1 APPROX. 11:30 PM*

71.     I was transported to above location to wait for Doctor.

**ANSWER:** Defendants Reierson and Statler admit the allegations in paragraph 71. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 71.

72.     I was in Cuffs, bluebox and shackles.

**ANSWER:** Defendants Reierson and Statler admits the allegation in paragraph 72. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 71.

73.     I spoke to Dr. Yu and he jus cleared me without documenting my injuries or giving me anything for pain.

**ANSWER:** The Defendants have insufficient information to admit or deny the allegations in paragraph 73.

74.     I asked for some ointment that will help with scars on my wrist.

**ANSWER:** The Defendants have insufficient information to admit or deny the allegations in paragraph 74.

75.     J. Perez snatched away stating "your hurting my arm".

**ANSWER:** The Defendants have insufficient information to admit or deny the allegations in paragraph 75.

76.     Suddenly E. Reierson assisted as well as L. Rosario.

**ANSWER:** Defendants Reierson and Statler denies the allegation in paragraph 76. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 76.

77.    E. Reierson displayed Excessive Intentional force when even while I was completely secure full body restraint he put all of his body weight on my chest and neck with his knee causing me to suffocate violating my 8th Amend. Showing Cruel and Unusual Punishment.

**ANSWER:  Defendant Reierson and Statler deny the allegation in paragraph 77. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 77.**

78.    Once again seen by medical and cleared.

**ANSWER:  Defendant's Reierson and Statler admits the allegation in paragraph 72. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 71.**

79.    M. Statler, W. Rivera, and R. Garcia arrived to take me to see Mental Health.

**ANSWER:  Defendants have insufficient information to admit or deny the allegations in paragraph 71.**

### Count XI- 8th Amendment, IIED, Excessive Force
### (Defendant-Statler & Rivera)

***4-19-20 DIV-CERMACK MENTAL HEALTH ROOM APPROX. 1:20 AM***

80.    I spoke to mental health specialist Ms. Calhoun, I was crying and told her I wasn't safe and feared for my safety.

**ANSWER:  Defendants have insufficient information to admit or deny the allegations in paragraph 80.**

81.    She told me she couldn't do anything and did not provide any privacy allowing the accused to listen causing tention.

**ANSWER:  Defendants have insufficient information to admit or deny the allegations in paragraph 81.**

82.     Once done in the mental health while leaving M. Statler blindsided me from the left side while I was defenseless in bluebox and shackles knocking me to the ground out of my sandles violating my 8th Amend. And Showing Cruel & Unusual Punishment.

**ANSWER**:   **Defendant Statler denies the allegations in paragraph 82. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 82.**

83.     R. Garcia and W. Rivera Displayed Cruel & Unusual Punishment when they followed Suit both throwing punches and kicking me in my Back, head and Ribs. Violating my 8th Amend.

**ANSWER**:   **Defendant Rivera denies the allegations in paragraph 83. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 83.**

84.     I went Unconscious.

**ANSWER**:   **Defendant Statler and Rivera deny the allegations in paragraph 84. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 84.**

85.     I woke up being strapped in Restraint Chair without my shoes.

**ANSWER**:   **The Defendants have insufficient information to admit or deny the allegations in paragraph 84.**

86.     I began to scream and cry and R. Garcia began to Choke me relentlessly Displaying Cruel & Unusual Pun. Violating my 8th Amend.

**ANSWER**:   **The Defendants have insufficient information to admit or deny the allegations in paragraph 86.**

87.     Multiple Nurses as well as Sgt. M. Statler witnessed the excessive use of force but did nothing to stop them.

**ANSWER:     Defendants Statler denies the allegations in paragraph 87. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 87.**

88.     In result, I suffered busted lip, swollen nose, black eye and soar ribs.

**ANSWER:  The Defendants have insufficient information to admit or deny the allegations in paragraph 88.**

89.     I arrived back at Div-9 1F tier

**ANSWER:  The Defendants have insufficient information to admit or deny the allegations in paragraph 89.**

90.     M. Stateler Displayed intentional infliction of Pain * Suffering when he forced me to walk with Handcuffs at my feet up Stairs cutting my ankles which violates my 8th Amend subjecting me to Cruel & Unusual Punishment.

**ANSWER:     Defendants Statler denies the allegations in paragraph 90. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 90.**

91.     I was secure in cell and they left tier, without being seen by medical and no report was Documented.

**ANSWER:  The Defendants have insufficient information to admit or deny the allegations in paragraph 91.**

## Count XII- 8th Amendment, Excessive Force
### (Defendant- Roman & Garcia)

***4-23-20 DIV-9 1F 1227 CELL APPROX. 9:00 PM***

92.     The nurse was sent to check my vitals because I showed symptoms of Corona.

**ANSWER**:   **Defendants Roman and Garcia admits the allegations in paragraph 92. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 92.**

93.     Roman .L Displayed cruel and unusual pun. Violating my 8th Amend. When cuffed to the back Slammed me on the wall being overly Rough constantly being provoking calling me "A little bitch"

**ANSWER**:   **Defendants Roman and Garcia deny the allegations in paragraph 93. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 93.**

94.     R. Garcia violated my 8th Amend. Displaying Cruel & Unusual Pun. Because he intentionally pushed me by the Staircase making me stumble on edge of stairs.

**ANSWER**:   **Defendants Garcia and Roman deny the allegations in paragraph 94. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 94.**

95.     And locked me back in the Cell without allowing Nurse to Check if I was OK being deliberate indifferent to my medical needs.

**ANSWER**:   **Defendants Garcia and Roman deny the allegations in paragraph 95. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 95.**

## Count XIII- 8th Amendment, Failure to Intervene
### (Defendant-  )

***5-30-20 DIV-9 1F TIER APPROX***

96.    J. Jedkins and J. Ciakaj violated my 8th Amend. Allowing Cruel & Unusual Punishment when they were aware of the harassment and tactics officers have shown on me and maliciously and deliberately allowed a officer under their supervision to smack my medication out of my mouth while ZI was drinking water during medication failing to protect me from harassment and depriving me of equal protection of the law violating also my 14th Amend.

**ANSWER:**  **The Defendants have insufficient information to admit or deny the allegations in paragraph 96.**

97.    Nothing was ever documented.

**ANSWER:**  **The Defendants have insufficient information to admit or deny the allegations in paragraph 97.**


## Count XIV 8th & 14th Amendment, Excessive Force
### (Defendants Roman, Rivera, Slater & Villarreal )

***5-6-20 DIV-9 1F 1227 CELL APPROX. 5:50 PM***

98.    L. Roman and W. Rivera Came and opened my call door without approved or assistance of a superior.

**ANSWER:**  **Defendants Contorno, Beyer, Villarreal, Roman and Rivera deny the allegations in paragraph 98. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 98.**

99.    I attempted to push out of fear of being cornered in cell.

**ANSWER:**  **The Defendants have insufficient information to admit or deny the allegations in paragraph 99.**

100.   L. Roman violated my 8th Amend. Displaying Cruel & Unusual Pun. When he repeatedly punched me 8-10 times in my face & head.

**ANSWER:   Defendants Contorno, Beyer, Villarreal, Roman and Rivera deny the allegations in paragraph 100. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 100.**

101.   W. Rivera fallowed suit throwing punches even after I was on the ground violating my 8th Amend displaying Cruel & Unusual Punishment.

**ANSWER:   Defendants Contorno, Beyer, Villarreal, Roman and Rivera deny the allegations in paragraph 101. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 101.**

102.   L. Roman then again used excessive force intenting on causing harm when he dragged me into cell and repeatedly slammed face into floor, violating 8th amend displaying cruel & unusual pun.

**ANSWER:   Defendants Contorno, Beyer, Villarreal, Roman and Rivera deny the allegations in paragraph 102. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 102.**

103.   T. Beyer suddently appeared diving on top of me saying "you just don't learn I guess you like being my bitch" punching me twice in the back violating my 8th Amend. Displaying Cruel & Unusual Punishment.

**ANSWER:   Defendants Contorno, Beyer, Villarreal, Roman and Rivera deny the allegations in paragraph 103. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 103.**

104.   Sgt. E. Villrreal Arrived and was cuffed and taken off tier to Div-9 1S visiting cage.

**ANSWER:** **Defendants Contorno, Beyer, Villarreal, Roman and Rivera admit the allegations in paragraph 104. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 104.**

105. There, I spoke with Sgts. M. Statler and E. Villarreal and was crying and kept promising to kill myself, and I'm being constantly attached by the same group.

**ANSWER:** **Defendants Slater and Villarreal deny the allegations in paragraph 105. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 105.**

106. C. Torres Displayed deliberate indifference and failed to protect on this day because she knows about the potential threat and danger these officers are to me due to our conversation 4-18-20.

**ANSWER:** **Defendant Torres denies the allegation in paragraph 106. The remaining Defendants have insufficient information to admit or deny the allegations in paragraph 106.**

107. Which she failed to insure my safety, in result I was attached and sent to Div-Cermack 2N for suicidal Observation violating my 8th and 14th Amend. Displaying Cruel & Unusual Pun. And deprived of equal protection of the laws.

**ANSWER:** **Defendant Torres denies the allegation in paragraph 107. The remaining Defendants have insufficient information to admit or deny the allegations in paragraph 107.**

108. L. Irachera displayed deliberate indifference and failed to protect me because he knew and was well aware of my situation due to multiple grievances was forwarded directly to him due to staff misconduct.

**ANSWER:** **The Defendants have insufficient information to admit or deny the allegations in paragraph 108.**

109. He did not act reasonably and in result I was continuously harassed and physically abused my entire time in SEG. Violating my 8th Amend showing Cruel & Unusual Pun.

**ANSWER:** **The Defendants have insufficient information to admit or deny the allegations in paragraph 109.**

110. M. Statler & E. Villarreal violated my 8th and 14th Amend subjecting me to Cruel & Unusual Pun. when they both knew of the potential threat there officers are to me and deliberately allowed me to be attacked once again by officers under there supervision.

**ANSWER:** **Defendants Slater and Villarreal deny the allegations in paragraph 110. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 110.**

**Count XV 8th & 14th Amendments, Excessive Force, Failure to Intervene, Failure to Protect & IIED**
**(Defendants Dart, Pasquel, Preto, Borus, Barajas and Parker)**

***5-16-20 DIV-CERMACK 2N APPROX. 5:00 PM***

111. I locked up after dayroom with no incident.

**ANSWER:** **Defendants Pasquel, Preto, Borus, & Barajas admit the allegations in paragraph 111. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 111.**

112. 5 minutes later Lt. J. Barajas 2 and 3 other officers entered my Cell.

**ANSWER:** **Defendants Pasquel, Preto, Borus, & Barajas admit the allegations in paragraph 112. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 112.**

113. I was reading my Bible on mattress.

**ANSWER:** **The Defendants have insufficient information to admit or deny the allegations in paragraph 113.**

114.    Barajas was screaming demanding I get on my knees.

**ANSWER:** **Defendants Pasquel, Preto, Borus, & Barajas deny the allegations in paragraph 114. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 114.**

115.    I turned around, hands behind my back to be cuffed.

**ANSWER:** **Defendants Pasquel, Preto, Borus, & Barajas deny the allegations in paragraph 115. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 115.**

116.    J. Barajas signaled the officers and J. Preto and R. Pasquel and M. Borus All began restraining me.

**ANSWER:** **Defendants Pasquel, Preto, Borus, & Barajas admit the allegations in paragraph 116. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 116.**

117.    R. Pasquel violated my 8th Amend. showing Cruel & Unusual Punishment when intended to cause harm and not bring order by striking me on the ground.

**ANSWER:** **Defendants Pasquel, Preto, Borus, & Barajas deny the allegations in paragraph 117. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 117.**

118.    J. Barajas deliberately watched as Officers under his supervision cause physical harm to me failing to protect me violating my 8th Amend. Subjecting me to Cruel & Unusual Punishment.

**ANSWER:** **Defendants Pasquel, Preto, Borus, & Barajas deny the allegations in paragraph 118. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 118.**

119. I was cuffed and taken to a one man Cell #.

**ANSWER:** **Defendants Pasquel, Preto, Borus, & Barajas admit that you were handcuffed and taken to cell #2243. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 119.**

120. I tried to reason with the Lt. asking why was I being strapped down and could I just receive shot instead.

**ANSWER:** **Defendants Pasquel, Preto, Borus, & Barajas deny the allegations in paragraph 120. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 120.**

121. I was restrained and strapped down and nurse Alabi took a huge cutting knife and cut all of my clothes off when I wasn't suicidal or combative.

**ANSWER:** **Defendants Pasquel, Preto, Borus, & Barajas admit that you were restrained with assistance from Nurse Alabi. The Defendants have insufficient information to admit or deny the allegations in paragraph 121.**

122. I was strapped down on my back in star fish position for 16 hours when I wasn't a threat to myself or anyone violating my 8th Amend. Subjecting me to Cruel & Unusual Punishment.

**ANSWER:** **Defendants Pasquel, Preto, Borus, & Barajas deny the allegations in paragraph 122. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 122.**

123. Rochelle Parker Violated my 8th and 14th Amends.

**ANSWER:** **Defendant Parker denies the allegations in paragraph 123. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 123.**

124. Because she knew about the multiple Staff misconduct Complaints I filed but didn't launch A Investigation or Responded informing me of my rights on what I could do Farther depriving me of equal protection of the laws and Deliberately failed to protect me from danger subjecting me to Cruel & Unusual Punishment.

**ANSWER:** **Defendant Parker denies the allegations in paragraph 124. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 124.**

125. Thomas Dart Violated my 8th Amend Displaying Cruel & Unusual Punishment Because 8-26-20 I sent A letter as well As On earlier about the constant physical and mental Abuse I've experienced nonstop.

**ANSWER:** **Defendant Dart denies the allegations in paragraph 125. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 125.**

126. He knew and failed as A Superior to protect me and Deliberately allowed me to be mistreated Causing Mental Anguish and IIED.

**ANSWER:** **Defendant Dart denies the allegations in paragraph 126. The remaining defendants have insufficient information to admit or deny the allegations in paragraph 126.**

WHEREFORE, Defendants COOK COUNTY SHERIFF THOMAS DART, R. PARKER, SUPT. L. IRACHERA, C. ZAMFIRESCU , J. HERNANDEZ, J. JUDKINS, J. CRUKAJ, M. SHEEHAN, E. DURAN, C. TORRES, T. BEYER, N. DRACA, R.KORKES, F. RUIZOZ, M.

STATLER, W. RIVERA, R. GARCIA, A. DUHARKIC, E. VILLARREAL, E. REIERSON, L. ROMAN, S. STROH, D. CONTORNO, J. BARAJAS, R. PASQUEL, J. PRETO, M. BORUS, and M. KOEDYKER respectfully request that this court dismiss this lawsuit and/or grant judgment in their favor and against Plaintiff and for costs of suit herein incurred, reasonable attorneys' fees, and any further relief this Court deems just.

**<u>AFFIRMATIVE DEFENSES</u>**

NOW COME Defendants, Defendants COOK COUNTY SHERIFF THOMAS DART, R. PARKER, SUPT. L. IRACHERA, C. ZAMFIRESCU , J. HERNANDEZ, J. JUDKINS, J. CRUKAJ, M. SHEEHAN, E. DURAN, C. TORRES, T. BEYER, N. DRACA, R.KORKES, F. RUIZOZ, M. STATLER, W. RIVERA, R. GARCIA, A. DUHARKIC, E. VILLARREAL, E. REIERSON, L. ROMAN, S. STROH, D. CONTORNO, J. BARAJAS, R. PASQUEL, J. PRETO, M. BORUS, and M. KOEDYKER (collectively, "Defendants"), by and through their attorneys Jason E. DeVore and Troy S. Radunsky of DeVore Radunsky LLC, and set forth the following affirmative defenses.

1.     Each Defendant Correctional Officer's conduct was at all times objectively reasonable and did not violate any of Plaintiff's clearly established Constitutional Rights. Accordingly, Defendant is entitled to the defense of qualified immunity.

2.     To the extent that Plaintiff seeks punitive damages in this action, local governments are immune from punitive damages liability under § 1983. *See City of Newport v. Fact Concerts*, 453 U.S. 247 (1981). Therefore, to the extent Defendants are named in their official capacities, Defendants are immune from having to pay punitive damages to Plaintiff.

3.     Plaintiff did not properly exhaust his administrative remedies as required by the Prison Litigation Reform Act ("PLRA"). The PLRA provides that "no action shall be brought with respect to prison conditions under section 1983 . . . until such administrative remedies as are

available are exhausted." 42 U.S.C. § 1997e(a). The Plaintiff was at all relevant times and the date of filing, a prisoner, and subject to the PLRA.

4.      To the extent Plaintiff is making any claims under Illinois law, Defendants are immune from Plaintiff's claims under 745 ILCS 10/2-204 of the Illinois Tort Immunity Act which provides as follows: "Except as otherwise provided by statute, a public employee, as such and acting within the scope of his employment, is not liable for any injury caused by the act or omission of another person."

5.      To the extent it is revealed that Plaintiff failed to take reasonable measures to mitigate his alleged injuries and damages, those facts shall be presented to preclude recovery for Plaintiff.

6.      Defendants reserve their rights to assert other affirmative defenses as they become known through further discovery or otherwise in this action.

WHEREFORE, Defendants COOK COUNTY SHERIFF THOMAS DART, R. PARKER, SUPT. L. IRACHERA, C. ZAMFIRESCU , J. HERNANDEZ, J. JUDKINS, J. CRUKAJ, M. SHEEHAN, E. DURAN, C. TORRES, T. BEYER, N. DRACA, R.KORKES, F. RUIZOZ, M. STATLER, W. RIVERA, R. GARCIA, A. DUHARKIC, E. VILLARREAL, E. REIERSON, L. ROMAN, S. STROH, D. CONTORNO, J. BARAJAS, R. PASQUEL, J. PRETO, M. BORUS, and M. KOEDYKER (collectively, "Defendants"), respectfully request that this Court enter judgment in their favor and against Plaintiff, TYRION HODGES, along with any further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Troy S. Radunsky*_____
One of the Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that the above **Defendants' Answer and Affirmative Defenses to Plaintiffs Amended Complaint** was filed on October 20, 2022 with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/Zachary Stillman*_____
Zachary Stillman