UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRION S. HODGES, | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-06643 |
| | ) | |
| v. | ) | Hon. John F. Kness |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, R. PARKER, SUPT. L. IRACHERA, C. ZAMFIRESCU, T. RUSHER, J. HERNANDEZ, J. JUDKINS, J. CRUKAJ, M. SHEEHAN, E. DURAN, C. TORRES, T. BEYER, N. DRACA, R. KORKUS, F. RUIZOZ, M. STATLER, W. RIVERA, R. GARCIA, A. DUHARKIC, E. VILLARREAL, E. REIERSON, L. ROMAN, S. STROH, D. CONTORNO, J. BARAJAS, R. PASQUEL, J. PRETO, M. BORUS, and M. KOEDYKER, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

NOW COME Defendants, COOK COUNTY SHERIFF THOMAS DART, R. PARKER, SUPT. L. IRACHERA, C. ZAMFIRESCU , J. HERNANDEZ, J. JUDKINS, J. CRUKAJ, M. SHEEHAN, E. DURAN, C. TORRES, T. BEYER, N. DRACA, R.KORKES, F. RUIZOZ, M. STATLER, W. RIVERA, R. GARCIA, A. DUHARKIC, E. VILLARREAL, E. REIERSON, L. ROMAN, S. STROH, D. CONTORNO,J. BARAJAS, R. PASQUEL, J. PRETO, M. BORUS, and M. KOEDYKER (collectively, "Defendants"), by and through their attorneys DeVore Radunsky LLC, and in support of this Motion for Entry of Confidentiality Order, the states the following:

1. Defendants' counsel attempted to confer with Plaintiff to discuss the entry of a Confidentiality Order related to Defendants' discovery responses.

2. Plaintiff failed to respond to Defendants' efforts at conferring.

3. Defendants' discovery responses include confidential information, as well as potentially personal information of non-party individuals.

4. The proposed Confidentiality Order is based upon the "model" Confidentiality Order on Judge Kness's page for the Northern District of Illinois and attached to this motion as Exhibit "A".

WHEREFORE, Defendants, COOK COUNTY SHERIFF THOMAS DART, R. PARKER, SUPT. L. IRACHERA, C. ZAMFIRESCU , J. HERNANDEZ, J. JUDKINS, J. CRUKAJ, M. SHEEHAN, E. DURAN, C. TORRES, T. BEYER, N. DRACA, R.KORKES, F. RUIZOZ, M. STATLER, W. RIVERA, R. GARCIA, A. DUHARKIC, E. VILLARREAL, E. REIERSON, L. ROMAN, S. STROH, D. CONTORNO,J. BARAJAS, R. PASQUEL, J. PRETO, M. BORUS, and M. KOEDYKER, by and through their attorneys DeVore Radunsky LLC, respectfully request an order entered as follows:

1. The Motion for Entry of Confidentiality Order is granted,
2. The Confidentiality Order is entered, and
3. Any further relief this Court deems appropriate.

                              Respectfully Submitted,

By:   */s/ Troy S. Radunsky*
       Attorney for Defendants

ARDC# 6242782
DeVore Radunsky LLC
230 W. Monroe St., Ste 230
Chicago, Illinois 60606
tradunsky@devoreradunsky.com

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on October 25, 2022, he electronically filed the foregoing document, which will send a notice of electronic filing to all counsel of record.

                                          */s/ Troy S. Radunsky*
                                          Troy S. Radunsky

#369668v1