IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TYRION S. HODGES, | ) | |
|     Plaintiff, | ) | Case No. 1:20-cv-06643 |
| | ) | |
| v. | ) | Hon. John F. Kness |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, R. PARKER, SUPT. L. IRACHERA, C. ZAMFIRESCU, T. RUSHER, J. HERNANDEZ, J. JUDKINS, J. CRUKAJ, M. SHEEHAN, E. DURAN, C. TORRES, T. BEYER, N. DRACA, R. KORKUS, F. RUIZOZ, M. STATLER, W. RIVERA, R. GARCIA, A. DUHARKIC, E. VILLARREAL, E. REIERSON, L. ROMAN, S. STROH, D. CONTORNO, J. BARAJAS, R. PASQUEL, J. PRETO, M. BORUS, and M. KOEDYKER, | ) | |
|     Defendants. | ) | |

## MOTION FOR ENTRY OF A QUALIFIED PROTECTIVE ORDER

Defendants move the Court for entry of a Qualified Protective Order pursuant to the Health Insurance Portability and Accountability Act of 1996, Pub. L. 104-191, 110 Stat. 1936, and 45 C.F.R. § 164.512, and in support state as follows:

    1.    Plaintiff Tyrion Hodges claims that his constitutional rights were violated and he suffered physical injury requiring medical treatment because Defendants subjected him to cruel and unusual punishment and unjustified force while he was incarcerated in Cook County Jail. Due to the nature of Mr. Hodges' claims, the parties are likely to seek discovery regarding Mr. Hodges' medical history and treatment. This discovery is expected to include protected health information ("PHI") as defined by 45 C.F.R. §§ 160.103.

2. HIPAA and its implementing regulations prohibit "covered entities," including medical care providers, from disclosing PHI in judicial proceedings other than by authorization or qualified protective order. 45 C.F.R. § 164.512(e).

3. In the instant case, both Plaintiff and the Defendants will require access to medical information that is subject to HIPAA's disclosure regulations. A qualified protective order will protect the legitimate interest of Plaintiff and others in the confidentiality of their PHI, as well as the interest of covered medical care providers in complying with HIPAA's requirements.

4. The proposed qualified protective order is attached hereto as Exhibit A.

Defendant moves the Court to enter the proposed Qualified Protective Order, attached as Exhibit A.

Respectfully submitted,

*/s/ Troy S. Radunsky*
Troy Radunsky (6269281)
*Attorneys for Defendants*
DeVore Radunsky LLC
230 W. Monroe Suite 230
Chicago, IL 60606
312-300-4484

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 25, 2022, he electronically filed the foregoing document, which will send a notice of electronic filing to all counsel of record.

*/s/ Troy S. Radunsky*
Troy S. Radunsky