# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TYRION S. HODGES, | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-06643 |
| | ) | |
| v. | ) | Hon. John F. Kness |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, R. PARKER, SUPT. L. IRACHERA, C. ZAMFIRESCU, T. RUSHER, J. HERNANDEZ, J. JUDKINS, J. CRUKAJ, M. SHEEHAN, E. DURAN, C. TORRES, T. BEYER, N. DRACA, R. KORKUS, F. RUIZOZ, M. STATLER, W. RIVERA, R. GARCIA, A. DUHARKIC, E. VILLARREAL, E. REIERSON, L. ROMAN, S. STROH, D. CONTORNO, J. BARAJAS, R. PASQUEL, J. PRETO, M. BORUS, and M. KOEDYKER, Defendants. | ) | |

## DEFENDANTS' RULE 36(a)(3) MOTION TO DEEM REQUESTS TO ADMIT 1 THROUGH 58 ADMITTED

NOW COME Defendants, COOK COUNTY SHERIFF THOMAS DART, R. PARKER, SUPT. L. IRACHERA, C. ZAMFIRESCU , J. HERNANDEZ, J. JUDKINS, J. CRUKAJ, M. SHEEHAN, E. DURAN, C. TORRES, T. BEYER, N. DRACA, R. KORKES, F. RUIZOZ, M. STATLER, W. RIVERA, R. GARCIA, A. DUHARKIC, E. VILLARREAL, E. REIERSON, L. ROMAN, S. STROH, D. CONTORNO, J. BARAJAS, R. PASQUEL, J. PRETO, M. BORUS, and M. KOEDYKER (collectively, "Defendants"), by and through their attorneys DeVore Radunsky LLC, and in support of this Rule 36(a)(3) Motion to Deem Requests to Admit 1 through 58 Admitted, state as follows:

## FACTS

1. On October 4, 2022, Defendants served fifty-eight (58) Requests to Admit upon the Plaintiff, Tyrion S. Hodges ("Plaintiff"). (*See* Requests to Admit, including certificate of service and correspondence to Plaintiff, attached hereto and identified as **Group Exhibit A**)

2. The Plaintiff's signed and sworn responses were due to be filed by November 4, 2022.

3. Plaintiff has not filed any responses to Defendants' fifty-eight (58) Requests to Admit.

4. Plaintiff never filed a motion for an extension of time prior to the expiration of the thirty (30) day deadline for responding to the Requests to Admit.

5. Due to Plaintiff's failure to respond to Defendants' Requests to Admit within the timeframe prescribed under Rule 36(a)(3), each of Defendants' Requests should be deemed admitted.

## ARGUMENT

6. Federal Rule of Civil Procedure Rule 36 governs requests to admit and provides that the requests are admitted "unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney." Fed. R. Civ. P. 36(a)(3).

7. If a party served with requests to admit fails to respond or otherwise object to the requests within 30 days of service, all of the requests for which admission was sought are deemed admitted. *See Gabbanelli Accordians & Imports, LLC v. Gabbanelli*, 575 F.3d 693, 696 (7th Cir. 2009) (finding defendant unable to have its deemed admissions rescinded where no excuse for ignorance of long past deadline for requests to admit); *U.S. v. Kasuboski*, 834 F.2d 1345, 1349 (7th Cir. 1987); *see also Dinkins v. Bunge Mill., Inc.*, 313 Fed. Appx. 882, 884-85 (7th Cir. 2009)

(finding timely objection to requests to admit enough to prevent their deemed admission as a result of failure to answer).

8. Plaintiff's failure to file a response to Defendant's requests to admit or seek an extension of time before the expiration of the 30-day deadline on November 4, 2022, reflects a violation of Rule 36(a)(3).

9. Accordingly, pursuant to Rule 36, Requests 1 through 58 should be deemed admitted.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 36, Defendants, COOK COUNTY SHERIFF THOMAS DART, R. PARKER, SUPT. L. IRACHERA, C. ZAMFIRESCU, J. HERNANDEZ, J. JUDKINS, J. CRUKAJ, M. SHEEHAN, E. DURAN, C. TORRES, T. BEYER, N. DRACA, R. KORKES, F. RUIZOZ, M. STATLER, W. RIVERA, R. GARCIA, A. DUHARKIC, E. VILLARREAL, E. REIERSON, L. ROMAN, S. STROH, D. CONTORNO, J. BARAJAS, R. PASQUEL, J. PRETO, M. BORUS, and M. KOEDYKER, respectfully request that this Court enter an order as follows:

1. Requests to Admit 1 through 58 in Defendants' Requests to Admit are deemed admitted.
2. Any other relief deemed appropriate by this court.

Respectfully Submitted,

By: /s/ Troy S. Radunsky
Attorney for Defendants

ARDC# 6269281
DeVore Radunsky LLC
230 W. Monroe St., Ste 230
Chicago, Illinois 60606
tradunsky@devoreradunsky.com

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that the above Motion to Deem Requests to Admit as Admitted was filed on November 22, 2022, with the Northern District of Illinois ECF System, serving a copy on all parties.

                                                  */s/Zachary Stillman*

                                                  Zachary Stillman