**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Tyrion S. Hodges, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:20-cv-6643 |
| | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| Sgt. Michael Sheehan, Sgt. Michael Statler, Officer Cristofor Zamfirescu, Officer Jose Hernandez, Officer Douglas Contorno, Officer Steven Stroh, Officer Nenad Draca, Officer Timothy Beyer, Officer Alen Duharkic, Officer Rafael Garcia, Officer Luis Roman, Officer William Rivera, Officer Rusher, and Officer Raad Korkes, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' REQUEST TO ADMIT TO THE PLAINTIFF, TYRION HODGES**

NOW COME Defendants, Sgt. Michael Sheehan, Sgt. Michael Statler, Officer Cristofor Zamfirescu, Officer Jose Hernandez, Officer Douglas Contorno, Officer Steven Stroh, Officer Nenad Draca, Officer Timothy Beyer, Officer Alen Duharkic, Officer Rafael Garcia, Officer Luis Roman, Officer William Rivera, and Officer Raad Korkes (collectively, "Defendants"), by and through their attorneys, Troy S. Radunsky and Jason E. DeVore, and for their Federal Rule of Civil Procedure 36, Request to Admit, states as follows:

**May 16, 2020 Incident**

1. Admit on May 16, 2020, you argued with officers about whether you dayroom time had concluded.

2. Admit on May 16, 2020 you ignored officers orders to return to your cell

3. Admit on May 16, 2020 said to officers, "You aint give me my full hour, I aint locking back up."

4. Admit on May 16, 2020 you said to officers "Whose gonna lock me up then? Whose gonna get their ass beat? Put your hand on me, I dare you!"

5. Admit on May 16, 2020, you said to officers "Fuck you bitches, man. Im just gonna go in."

6. Admit on May 16, 2020, you made multiple verbal threats to officers after they ordered you back to your cell and while they attempted to restrain you.

7. Admit on May 16, 2020, the officers came into your cell so that you can be transferred from your cell so that you could be medicated.

8. Admit on May 16, 2020, that you refused to be moved and had to be handcuffed and physically transported.

9. Admit on May 16, 2020, you refused and resisted laying down on the bed so you could be restrained.

10. Admit on May 16, 2020, you grabbed the hand of Defendant Pasquel and injured his finger.

11. Admit on May 16, 2020, you refused to let go of Officer Pasquel's hand after being repeatedly ordered to do so.

12. Admit on May 16, 2020, officers had to physically remove your hand from Officer Pasquel

13. Admit on May 16, 2020, Officer Pasquel sustained a fracture to his middle finger on his right hand.

14. Admit on May 16, 2020, Officers Presto, Borus, Delgado and Pasquel had to restrain you to the bed because you refused lockup.

15. Admit on May 16, 2020, while officers were restraining you, you said to them "Wait till I get up bitch."

16. Admit on May 16, 2020, the officers applied a spit mask and leather restraints because you refused to comply with orders.

17. Admit on May 16, 2020, while officers were trying to restrain you, you said "From this position I guess all I can do is spit."

18. Admit on May 16, 2020, you refused to walk and had to be carried to the second cell.

19. Admit on May 16, 2020, you moved your body, tried to spit on officers and resisted the officers' attempts to restrain you to the bed.

20. Admit on May 16, 2020, you refused all orders the officers gave you prior to and during the time they tried to restrain you.

21. Admit on May 16, 2020, you told officers "y'all not cuffing me up from behind."

22. Admit that you resisted the officers' efforts to restrain you by twisting you body, pulling your arms away, and kicking your legs.

23. Admit on May 16, 2020, none of the officers used excessive force

24. Admit that you were indicted by the Grand Jury for aggravated battery as a result of the incident on May 16, 2020

**May 6, 2020 Incident**

25. Admit on May 6, 2020, you obstructed your cell windows during a detainee cell count.

26. Admit on May 6, 2020, when officers entered your cell you forcibly resisted

27. Admit on May 6, 2020, you stated to officers, "Its time to get down bitches."

28. Admit on May 6, 2020, you injured at least two officers.

**April 18, 2020, Incident**

29. Admit on April 18, 2020, you refused to return your dinner tray.

30. Admit April 18, 2020, you approached Officer Beyer with a balled-up fist.

31. Admit on April 18, 2020, you said to Officer Beyer "Im going to knock your bitch ass out!"

32. Admit on April 18, 2020, you actively resisted officers' attempts to control and restrain you.

3

33. Admit on April 18, 2020, you demanded a Covid test and refused to leave the E.R. area after being told you did not follow proper protocol.

34. Admit on April 18, 2020, when you refused to leave you were combative, hostile and flailed your body around.

35. Admit on April 18, 2020, you spit on and made verbal threats to officers.

36. Admit on April 18, 2020, you spit on Officer Perez while he tried securing you in the Cermak bullpen.

37. Admit on April 18, 2020, you bent Officer Perez' left fingers.

38. Admit on April 18, 2020, you grabbed the scrotum and bit the left forearm of Officer Reierson.

39. Admit that as a result of the April 18, 2020, incident the officers pressed criminal charges against you for aggravated battery.

40. Admit that as a result of the April 18, 2020, you received the following discipline and were found guilty of Disrespect to Staff, Disorderly Conduct, and Disobeying or Resisting Orders.

**April 10-11, 2020, Incident**

41. Admit that on April 10, 2020, you resisted and were combative when officers tried to enter your cell.

42. Admit that on April 11, 2020, you were combative when officers tried to enter your cell.

**March 28, 2020 Incident**

43. Admit on March 28, 2020, you covered your chuckhole window during med pass.

44. Admit on March 28, 2020, you refused a mouth check to see if you swallowed your medication.

45. Admit on March 28, 2020, you tried to push out of your cell during medication pass.

46. Admit on March 28, 2020, officers tried escorting you back to your cell and you actively resisted attempts by officers to control you.
47. Admit on March 28, 2020, you said to the officers, "Fuck you guys, let's get busy. Fuck that shit! I'm too strong."
48. Admit on March 28, 2020, you wrapped a torn blanket around your arm.
49. Admit on March 28, 2020, you hit Officer Stroh with a closed fist in his face.
50. Admit on March 28, 2020, you injured Officers Stroh and Contorno when you resisted their attempts to secure you.
51. Admit on March 28, 2020, you bit officer Beyer in his forearm as he tried to restrain and control you.
52. Admit on March 28, 2020, you grabbed the officers can of OC spray during a scuffle and caused injury to the officer.
53. Admit that as a result of the March 28, 2020, incident you received the following discipline and were found guilty of Disrespect to Staff, Disorderly Conduct, Disobeying or Resisting Orders, and Battery to Staff.
54. Admit that as a result of the March 28, 2020, incident you were charged with aggravated battery of officers.

**March 9, 2020 Incident**

55. Admit on March 9, 2020, during med pass you stuck your blanket wrapped left arm through the food port.
56. Admit on March 9, 2020, you refused officers orders to remove the blanket and bring your arm out of the food port and back into your cell.
57. Admit on March 9, 2020, you stated to officers and a nurse, "Now I have something for you bitchass."

5

58. Admit that as a result of the March 9, 2020, incident you received the following discipline and were found guilty of Threats to Staff, Disrespect to Staff, Disorderly Conduct, and Disobeying or Resisting Orders.

        Respectfully Submitted,

        By: _/s/ Jason E. DeVore_
        One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
230 W. Monroe St., Suite 230
Chicago, IL 60606
(312) 300-4479
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, **Defendants Federal Rule of Civil Procedure 36 Request to Admit to Plaintiff', Tyrion Hodges,** were served via electronic mail to plaintiff at the email address of record below.

*/s/ Troy S. Radunsky*
Troy S. Radunsky, One of the Attorneys for Defendants

**Plaintiff, Tyrion Hodges**
*Email: tyrionhodges66@gmail.com*