**Zachary Stillman**

| | |
|---|---|
| **From:** | Troy Radunsky |
| **Sent:** | Tuesday, October 4, 2022 10:49 AM |
| **To:** | tyrionhodges66@gmail.com |
| **Cc:** | Jason DeVore |
| **Subject:** | Hodges | 20 cv 6643 | Request to Admit to Plaintiff |
| **Attachments:** | 10.04.22 Request to Admit(374059.1).pdf |

Mr. Hodges,

Attached, please find,

- **Defendants FRCP 36, Request to Admit to Plaintiff, Tyrion Hodges.**

Regards,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.