## UNTIED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

Tyrion Hodges.             Judge: John F Kness
    V.
Thomas dart ET.al        Case No. 20 c 6643

)
)
)

## **NOTICE OF ADDRESS CHANGE**

**FILED**

MBH  DEC 15 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I Tyrion Hodges, Represented currently by myself Hear-by notify the clerk Thomas Burton Of My address Update.

From 7939 S washtenaw Ave, To New Address Of 10247 S Van vlissingen Rd. Chicago IL 60617.

As of December 8th 2022 and under the penalties of perjury I declare the foregoing True and correct.

Tyrion Hodges
10247 S Van vlissingen Rd.
Chicago IL 60617
Propria persona
12-08-2022