# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Tyrion S. Hodges

                        Plaintiff,

v.                                            Case No.: 1:20−cv−06643
                                                  Honorable John F. Kness

C. Zamfirescu, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2023:

      MINUTE entry before the Honorable John F. Kness: At the Court's instance, the telephonic status hearing set for 1/11/2023 is stricken and reset to 1/17/2023 at 09:30 AM. Defendants' motion [32] to deem certain requests as admitted will be addressed separately. Counsel for Defendants is reminded to send copies of documents to Plaintiff Tyrion S. Hodges at the address provided on the Court's docket. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.