## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TYRION S. HODGES,** | ) | |
| **Plaintiff,** | ) | **Case No. 1:20-cv-06643** |
| | ) | |
| **v.** | ) | **Hon. John F. Kness** |
| | ) | |
| **COOK COUNTY SHERIFF THOMAS** | ) | |
| **DART, R. PARKER, SUPT. L.** | ) | |
| **IRACHERA, C. ZAMFIRESCU,** | ) | |
| **T. RUSHER, J. HERNANDEZ,** | ) | |
| **J. JUDKINS, J. CRUKAJ, M.** | ) | |
| **SHEEHAN, E. DURAN, C. TORRES,** | ) | |
| **T. BEYER, N. DRACA, R. KORKUS,** | ) | |
| **F. RUIZOZ, M. STATLER, W. RIVERA,** | ) | |
| **R. GARCIA, A. DUHARKIC,** | ) | |
| **E. VILLARREAL, E. REIERSON,** | ) | |
| **L. ROMAN, S. STROH, D. CONTORNO,** | ) | |
| **J. BARAJAS, R. PASQUEL, J. PRETO,** | ) | |
| **M. BORUS, and M. KOEDYKER,** | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that **Defendants' Interrogatories to Plaintiff, Requests for Production of Documents to Plaintiff, and Requests to admit to Plaintiff** were sent via mail to the following address on January 10, 2023:

Tyrion Hodges
10247 S. Van Vlissingen Rd.
Chicago, IL 60617


*/s/Zachary Stillman*
Zachary Stillman, One of the
Attorneys for Defendants

DeVore Radunsky LLC
230 W. Monroe St., Ste 230
Chicago, Illinois 60606