# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Tyrion S. Hodges

                        Plaintiff,

v.                                                 Case No.: 1:20−cv−06643
                                                  Honorable John F. Kness

C. Zamfirescu, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 17, 2023:

      MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 1/17/2023. Only counsel for Defendants appeared and reported on the status of the case. Pursuant to the discussions held in open court, an **in−person** status hearing is set for 2/2/2023 at 10:20 AM. All counsel and Plaintiff Tyrion S. Hodges are directed to appear in person at the 2/2/2023 hearing. Plaintiff is advised that, if he fails to appear in person at the hearing on 2/2/2023, the Court will dismiss this case with prejudice for failure to prosecute. The Clerk is directed to send Plaintiff a copy of this Order: (1) at the address provided on the Court's docket; and (2) by email at the email address: tyrionhodges66@gmail.com. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.