**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Tyrion S. Hodges
         Plaintiff,

v.                 Case No.: 1:20−cv−06643
                Honorable John F. Kness

C. Zamfirescu, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 3, 2023:

  MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 2/2/2023. Plaintiff Hodges appeared pro se and Defendants appeared through counsel. Plaintiff stated that, although he was aware of today's status hearing, he did not receive any copies of Defendants' filings. Plaintiff has since filed an updated pro se appearance [44]. For the reasons stated on the record, Plaintiff's oral motion for appointment of counsel is denied without prejudice. Plaintiff is granted leave to file a renewed motion for attorney representation on or before 2/17/2023. In an effort to facilitate communications between Plaintiff and counsel for Defendants, and thus to enable this litigation to proceed, the Court requests the following of defense counsel: (1) provide Plaintiff Hodges with a copy of the motion to deem requests as admitted [32] and continue to provide Plaintiff with courtesy copies of all filings, (2) file proof of service within three business days of service, and (3) schedule a meet and confer with Plaintiff on how to proceed with this litigation, on or before 3/3/2023. No later than 7 days after the filing of Defendants' proof of service, Plaintiff Hodges must: (1) file a response to the motion to deem requests as admitted [32], (2) attend the scheduled meet and confer with Defendants, and (3) within 2 days of the completion of those steps, Plaintiff Hodges must file a short written status report stating that he has complied with the deadlines. The Court notes, it is Plaintiff's obligation to stay on top of the case. If Plaintiff fails to comply with this order, this case may be dismissed with prejudice for want of prosecution. See, e.g., James v. McDonald's Corp., 417 F.3d 672, 681 (7th Cir. 2005) ("Once a party invoked the judicial system by filing a lawsuit, it must abide by the rules of the court; a party cannot decide for itself when it feels like pressing its action and when it feels like taking a break.") (cleaned up). The Clerk is directed to send Plaintiff a copy of this Order and a copy of a motion for attorney representation at the address indicated on the Pro Se Appearance [44]. Mailed notice(smm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.