## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TYRION S. HODGES,** ) | |
| Plaintiff, ) | Case No. 1:20-cv-06643 |
| ) | |
| v. ) | Hon. John F. Kness |
| ) | |
| **COOK COUNTY SHERIFF THOMAS** ) | |
| **DART, R. PARKER, SUPT. L.** ) | |
| **IRACHERA, C. ZAMFIRESCU,** ) | |
| **T. RUSHER, J. HERNANDEZ,** ) | |
| **J. JUDKINS, J. CRUKAJ, M.** ) | |
| **SHEEHAN, E. DURAN, C. TORRES,** ) | |
| **T. BEYER, N. DRACA, R. KORKUS,** ) | |
| **F. RUIZOZ, M. STATLER, W. RIVERA,** ) | |
| **R. GARCIA, A. DUHARKIC,** ) | |
| **E. VILLARREAL, E. REIERSON,** ) | |
| **L. ROMAN, S. STROH, D. CONTORNO,** ) | |
| **J. BARAJAS, R. PASQUEL, J. PRETO,** ) | |
| **M. BORUS, and M. KOEDYKER,** ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the following documents were sent via email to Tyrion Hodges at email address: tshodges97@gmail.com on February 3, 2023:

- Defendants' Answers to Plaintiff's Requests for Production.
- Defendants Interrogatories to Plaintiff, Tyrion Hodges
- Defendants Requests to Produce to Plaintiff, Tyrion Hodges
- Defendants' filed Answer
- HIPAA and Confidentiality Protective Orders entered by the Court
- Defendants' Requests to Admit to Plaintiff
- Defendants' Motion to Deem Requests to Admit as Admitted and Exhibits to same.
- Reply in Support of Motion to Deem Requests to Admit as Admitted and Exhibits to same.

*/s/Zachary Stillman*_____
Zachary Stillman, One of the
Attorneys for Defendants

DeVore Radunsky LLC
230 W. Monroe St., Ste 230
Chicago, Illinois 60606

1