# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Tyrion S Hodges.

V.

Thomas Dart ETAL.

Case No. 20-cv-6643

Judge: John F Kness

**FILED MAR 17 2023 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

## MOTION FOR STATUS HEARING

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land. And request the Court to set a date For status Hearing(InPerson). For the Following;

1. Disclose all discovery to the court requested by defendants
2. Review video footage which defendants possessed which plaintiff requested in motion of production
3. State has failed to disclose the significant footage needed to prove this case.
4. State had not disclosed any discovery requested by plaintiff.
5. In addition ive been having trouble responding I have a hard time focusing when on my medication and it causes anxiety and makes me depressed or sometimes suicidal.
6. I don't understand where we are in this case.

Therefore submit this motion and request the court to set date by agreement of all parties, to bring all discovery in to be disclosed in addition so that the case may proceed.

Respectfully submitted, Tyrion S Hodges

1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022,

I placed in US Mail, Motion for status hearing along with this Certificate.

For Thomas Burton U.S Dist Court Clerk

I the Plaintiff', Tyrion Hodges, served via electronic mail to denfendants at the email address of record below.

To:

219 S Dearborn St Chicago, IL 60617

DEVORE RADUNSKY LLC

Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)

230 W. Monroe St., Suite 230 Chicago, IL 60606

(312) 300-4479

jdevore@devoreradunsky.com

tradunsky@devoreradunsky.com