

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Tyrion S Hodges.

v.

Thomas Dart ETAL.

Case No. 20-cv-6643

Judge: John F Kness

FILED MAR 17 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PLAINTIFF RESPONSE TO DEFENDANTS INTERROGATORIES

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land.

1. State your full name, as well as your current residence address, date of birth, marital status, driver's license number, and issuing state and social security number
   A: objection for stating personal information

2. Identify any person, including parties to the case, who has, or claims to have, knowledge of the facts concerning the occurrences complained of, or who were, or claim to have been witnesses to the occurrences complained of (if incarcerated, include inmate number and name of institution).

   A: Christian Gonzalez, Sergio Gonzalez, Tyrone Hudson and a few more have witnessed the brutality

3. said, the date and time of the communication, and any additional witnesses to the communication.

   A: objection don't recall

4. State whether you or anyone acting on your behalf have taken statements, signed or unsigned, oral or written, or have in their possession any such statements, or know of the existence of any such statements, from or by any person who has, or claims to have, knowledge of the facts concerning the occurrence complained of, or who were, or claim to have been, witnesses to the occurrences complained of; if so, state the identity and present or last known address of each such person together with the present whereabouts and number of such statements (if incarcerated, include inmate number and name of institution).
   A: yes, written statements and testimony from 4 different Detainees Don't remember there information

5. Describe the evidence in your possession (including documents, witnesses, and communications), which supports the claims in your Complaint. Include any oral or written statements or communications made to the defendants or their agents. Please also include the street, street number, city, and state of every witness known to you who has any knowledge regarding the facts and circumstances surrounding the happening of the allegations in the complaint, including but not limited to eyewitnesses to such event(s), as well as medical witnesses and other persons having knowledge thereof.

   A: sworn written statements from 4 detainees &I don't have there addresses

6. State the names and address of any and all witnesses, including any experts, you intend to call at trial, including their anticipated testimony or opinions.

   A: Tyrone Hudson and Sergio Gonzalez are my witnesses

7. Describe and name, in detail, any and all medications and prescriptions that you were prescribed and/or were taking or should have taken during January 2020, including the dates you were prescribed those medications and the dates you actually took those medications.

   A: Pertazipine ,and Zolof for depression, sleep, anxiety etc.

8. With respect to your injuries or damages of any kind, including but not limited to psychological and emotional injuries, describe in detail the nature of each injury suffered, and

a. b. c. d.

The name and address of each physician or medical health care provider;

The date (s) of service;

The amounts of their bills for services;

A:I Suffered A closed left eye and bloodclaught for 3 months, Busted right eyelid permanent scar on eyebrow, my left ankle is bigger than the other permanently, I can't run or lift heavy objects. Due to nerves in my wrist in and out. I was deprived of my day room and shower for months, I was

3 of 7

denied visitation to see family during Covid on zoom for months, Broken nose and left hand in addition attempted suicide causing me to be hospitalized at mount sanai..

9. The last day you received any medical treatment for any injuries you allege Have you ever filed any other suits for your own personal injuries or violations of. your constitutional rights? If so, state the nature of the injuries claimed, the courts and the captions in which filed, the years filed, the titles and docket numbers of the suits, and the outcome of those suits

A: I haven't received any medical attention due to no insurance
Identify all sources of income since your incarceration.

11. Have you ever been convicted of a felony, misdemeanor involving dishonesty, false statement? If so, state the nature thereof, the date of conviction, the court, and the captioning which the conviction occurred, and a full description of any sentences imposed. For the purpose of this interrogatory, a plea of guilty shall be considered as a conviction

A: objection this question is incriminating.

12. Were you issued any disciplinary infractions or were any charges filed against you by any Cook County Jail staff as a result of any of the Incidents described in your Amended Complaint? If so, describe each infraction, and the final determination.

A: yes I received disciplinary infractions & charges were filed .. but all were dismissed except 1.

4 of 7

13. Did you ever refuse to comply, disrespect officers or staff, become combative, actively resist, or use force or violence of any kind against any of the Defendants during any of the Incidents described in your Amended Complaint? If so, please briefly explain.

Objection relevance . All CCDOC footage will paint a clearer picture than body cameras which officers cover up when antagonize detainees

14. Explain
(a) what specific policy (s) you allege was violated
, (b) the date it was violated and
(c) by whom

- A:They violated policy to ensure me one hour of Rec per day
- Did not allow me to change sheets or clean cells during Covid
- 
- They violated the policy to protect me by punching me multiple times I no face multiple occasions while I was in full restraints consisting of bluebox, chains and shackles.
- They violated policy of moving me from danger of these specific officers righting multiple grievances and complaints to Thomas dart, OPR Etc. Being deliberate and malicious to cover my scars & injuries.

15. Did you make any racial remarks, or derogatory statements of any kind towards any of the Defendants or any other correctional officer on the date of the Incidents you allege in your Amended Complaint?

A: Objection relevance

5 of 7

16. Other than the grievances you filed in this case, have you ever filed any written grievances against any of the officers involved in the occurrence?

A: yes I have filed multiple grievances on all officers involved and was not moved or taken serious on my concerns.

17. Did you ever personally interact with or speak to Sheriff Thomas Dart regarding any of the allegations in your complaint? If so, state (a) the date, time and location you communicated with him (b) whether communicated with him verbally or in writing (c) the subject matter you spoke or wrote about and (d) the names of all witnesses who have knowledge of your Fu communications with him.

A: Yes I sent Thomas dart two separate notarized letters explaining all concerns.


) Respectfully Submitted,
By Tyrion hodges.

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022,

I placed in US Mail, two separate responses to Defendants motion

To admit & motion answer Interrogatories.

I the Plaintiff', Tyrion Hodges, served via electronic mail to denfendants at the email address of record below.

To:

U.S Dist. Court Clerk Thomas Burton

219 S Dearborn St Chicago, IL 60617

DEVORE RADUNSKY LLC

Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)

230 W. Monroe St., Suite 230 Chicago, IL 60606

(312) 300-4479

jdevore@devoreradunsky.com

tradunsky@devoreradunsky.com

7 of 7