

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Tyrion S. Hodges

V.

Thomas Dart ETAL.

**FILED**
MAR 17 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Judge: John F Kness

Case No. 20-CV 6643

### RESPONSE TO DEFENDANTS REQUEST TO ADMIT

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land.

### May 16, 2020 Incident

1. Admit on May 16, 2020, you argued with officers about whether you dayroom time had concluded.

A: objection

2. Admit on May 16, 2020 you ignored officers orders to return to your cell

A: Objection I returned to cell.

3. Admit on May 16, 2020 said to officers, "You aint give me my full hour, I aint locking back up."

A: Objection I entered cell without physical assistance

4. Admit on May 16, 2020 you said to officers "Whose gonna lock me up then? Whose gonna get their ass beat? Put your hand on me, I dare you!"

A: objection Don't recall.

5. Admit on May 16, 2020, you said to officers "Fuck you bitches, man. Im just gonna go in."

A: No

6. Admit on May 16, 2020, you made multiple verbal threats to officers after they ordered you back to your cell and while they attempted to restrain you

A: Objection I was restrained after locking inside cell

7. Admit on May 16, 2020, the officers came into your cell so that you can be transferred from your cell so that you could be medicated.

A: NO they came into my cell to beat me up and drag me to the retraining room after I was already locked up & Objection I was never given medication (Cameras In Cell)

8. Admit on May 16, 2020, that you refused to be moved and had to be handcuffed and physically transported.

A: Objection did not refuse any orders

9. Admit on May 16, 2020, you refused and resisted laying down on the bed so you could be restrained.

A: Objection I only moved my body reacting to pain inflicted.

10. Admit on May 16, 2020, you grabbed the hand of Defendant Pasquel and injured his finger.

A: Objection I did not grab prasquels finger

11. Admit on May 16, 2020, you refused to let go of Officer Pasquel's hand after being repeatedly ordered to do so.

A: Objection Camera show different

12. Admit on May 16, 2020, officers had to physically remove your hand from Officer Pasquel

A: Objection camera footage show different

13. Admit on May 16, 2020, Officer Pasquel sustained a fracture to his middle finger on his right hand.

A: objection they had no right to enter room after I locked up

14. Admit on May 16, 2020, Officers Presto, Borus, Delgado and Pasquel had to restrain you to the bed because you refused lockup.

A: Objection which room ?

15. Admit on May 16, 2020, while officers were restraining you, you said to them "Wait till I get up bitch."

16. Admit on May 16, 2020, the officers applied a spit mask and leather restraints because you refused to comply with orders.

A: objection I was suffocating

17. Admit on May 16, 2020, while officers were trying to restrain you, you said "From this position I guess all I can do is spit."

Objection where's camera footage.

18. Admit on May 16, 2020, you refused to walk and had to be carried to the second cell.

A: camera will show me locking up without assistance and the officer unlawfully came inside minutes later forcing me to go to the lock down room when I wasn't combative.

19. Admit on May 16, 2020, you moved your body, tried to spit on officers and resisted the officers' attempts to restrain you to the bed.

A: objection at that point officers were bypassing the color of law for the camera won't show me being aggressive or needing assistance locking up.

20. Admit on May 16, 2020, you refused all orders the officers gave you prior to and during the time they tried to restrain you.

A: Objection I asked questions not refused orders

21. Admit on May 16, 2020, you told officers "y'all not cuffing me up from behind."

A: NO

22. Admit that you resisted the officers' efforts to restrain you by twisting you body, pulling your arms away, and kicking your legs.

A: Obection they were hurting me, causing bruises.

23. Admit on May 16, 2020, none of the officers used excessive force

A: objection they all did, and left me 18 hours strapped down.

24. Admit that you were indicted by the Grand Jury for aggravated battery as a result of the incident on May 16, 2020

A: objection this case was dismissed

**May 6, 2020 Incident**

25. Admit on May 6, 2020, you obstructed your cell windows during a detainee cell count. 26. Admit on May 6, 2020, when officers entered your cell you forcibly resisted

A: objection

27. Admit on May 6, 2020, you stated to officers, "Its time to get down bitches."

A: objection

28. Admit on May 6, 2020, you injured at least two officers.

A: No officers were hurt on this incident. I was sent to mount Sania for

Suicidal observation.

**April 18, 2020, Incident**

29. Admit on April 18, 2020, you refused to return your dinner tray.

A: Obection

30. Admit April 18, 2020, you approached Officer Beyer with a balled-up fist.

A: Objection

31. Admit on April 18, 2020, you said to Officer Beyer "Im going to knock your bitch ass out!"

A: objection

32. Admit on April 18, 2020, you actively resisted officers' attempts to control and restrain you.

A: objection any movements, I acted in fear on my life due to them throwing punches.

33. Admit on April 18, 2020, you demanded a Covid test and refused to leave the E.R. area after being told you did not follow proper protocol.

A: Objection

34. Admit on April 18, 2020, when you refused to leave you were combative, hostile and flailed your body around.

A: objection any movements, I acted in fear on my life due to them throwing punches.

35. Admit on April 18, 2020, you spit on and made verbal threats to officers.

A: Objection

36. Admit on April 18, 2020, you spit on Officer Perez while he tried securing you in the Cermak bullpen.

A: Objection don't remember who they alleged I did this.

37. Admit on April 18, 2020, you bent Officer Perez' left fingers.

A: Objection

38. Admit on April 18, 2020, you grabbed the scrotum and bit the left forearm of Officer Reierson.

A: Objection

39. Admit that as a result of the April 18, 2020, incident the officers pressed criminal charges against you for aggravated battery.

A: Objection

40. Admit that as a result of the April 18, 2020, you received the following discipline andwere found guilty of Disrespect to Staff, Disorderly Conduct, and Disobeying or Resisting Orders.

A:Objection

April 10-11, 2020, Incident

41. Admit that on April 10, 2020, you resisted and were combative when officers tried to enter your cell.

A:Objection not Part of suit

42. Admit that on April 11, 2020, you were combative when officers tried to enter your cell.

A: Objection not part of suit

**March 28, 2020 Incident**

43. Admit on March 28, 2020, you covered your chuckhole window during med pass.

A: Objection

44. Admit on March 28, 2020, you refused a mouth check to see if you swallowed your medication.

A:objection

45. Admit on March 28, 2020, you tried to push out of your cell during medication pass.

A:Objection

46. Admit on March 28, 2020, officers tried escorting you back to your cell and you actively resisted attempts by officers to control you.

A: Objection

47. Admit on March 28, 2020, you said to the officers, "Fuck you guys, let's get busy. Fuck that shit! I'm too strong."

A: Objection

48. Admit on March 28, 2020, you wrapped a torn blanket around your arm.

A: Objection

49. Admit on March 28, 2020, you hit Officer Stroh with a closed fist in his face

A: Objection.

50. Admit on March 28, 2020, you injured Officers Stroh and Contorno when you resisted their attempts to secure you.

A: Objection

51. Admit on March 28, 2020, you bit officer Beyer in his forearm as he tried to restrain and control you

A: Objection .

52. Admit on March 28, 2020, you grabbed the officers can of OC spray during a scuffle and caused injury to the officer

A: Objection.

53. Admit that as a result of the March 28, 2020, incident you received the following.

discipline and were found guilty of Disrespect to Staff, Disorderly Conduct, Disobeying or Resisting Orders, and Battery to Staff.

A: Objection they're covering there tracks

54. Admit that as a result of the March 28, 2020, incident you were charged with aggravated battery of officers.

A:Objection

### March 9, 2020 Incident

55. Admit on March 9, 2020, during med pass you stuck your blanket wrapped left arm through the food port.

A: objection

56. Admit on March 9, 2020, you refused officers orders to remove the blanket and bring your arm out of the food port and back into your cell.

A:Objection

57. Admit on March 9, 2020, you stated to officers and a nurse, "Now I have something for you bitchass."

A: Objection

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2022,

I thePlaintiff', Tyrion Hodges, served via electronic mail to denfendants at the email address of record below in addition response a copy summoned to Thomas Burton clerk Of U.S Dist Court.

To:

219 S Dearborn St. Chicago IL, 60604

DEVORE RADUNSKY LLC

Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)

230 W. Monroe St., Suite 230 Chicago, IL 60606

(312) 300-4479

Jdevore@devoreradunsky.com

tradunsky@devoreradunsky.com