**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TYRION S. HODGES,** | ) | |
| **Plaintiff,** | ) | **Case No. 1:20-cv-06643** |
| | ) | |
| **v.** | ) | **Hon. John F. Kness** |
| | ) | |
| **COOK COUNTY SHERIFF THOMAS** | ) | |
| **DART, R. PARKER, SUPT. L.** | ) | |
| **IRACHERA, C. ZAMFIRESCU,** | ) | |
| **T. RUSHER, J. HERNANDEZ,** | ) | |
| **J. JUDKINS, J. CRUKAJ, M.** | ) | |
| **SHEEHAN, E. DURAN, C. TORRES,** | ) | |
| **T. BEYER, N. DRACA, R. KORKUS,** | ) | |
| **F. RUIZOZ, M. STATLER, W. RIVERA,** | ) | |
| **R. GARCIA, A. DUHARKIC,** | ) | |
| **E. VILLARREAL, E. REIERSON,** | ) | |
| **L. ROMAN, S. STROH, D. CONTORNO,** | ) | |
| **J. BARAJAS, R. PASQUEL, J. PRETO,** | ) | |
| **M. BORUS, and M. KOEDYKER,** | ) | |
| **Defendants.** | ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that the following documents were sent via USPS on a DVD to Tyrion Hodges at **10247 S. Van Vlissingen Road, Chicago, IL 60617** on March 27, 2023:

- Defendants' Answers to Plaintiff's Requests for Production.
- Defendants Interrogatories to Plaintiff, Tyrion Hodges
- Defendants Requests to Produce to Plaintiff, Tyrion Hodges
- Defendants' filed Answer
- HIPAA and Confidentiality Protective Orders entered by the Court
- Defendants' Requests to Admit to Plaintiff
- Defendants' Motion to Deem Requests to Admit as Admitted and Exhibits to same.
- Reply in Support of Motion to Deem Requests to Admit as Admitted and Exhibits to same.
- All Produced Discovery Materials to date: Bates 000001 – 000689, 7x sets of Videos (DIV9-2020-6177, DIV9-2020-5679, DIV9-2020-5438, DIV9-2020-5424, DIV9-2020-5134, DIV9-2020-4659, DIV9-2020-4655, DIV9-2020-3760, DIV9-2020-3753, DIV8-2020-6545)
- All Emails to date providing the above documentation and information.

<u>/s/Zachary Stillman</u>
Zachary Stillman, One of the
Attorneys for Defendants

1

DeVore Radunsky LLC
230 W. Monroe St., Ste 230
Chicago, Illinois 60606