## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Tyrion S Hodges.

Case No. 20-cv-6643

V.

Judge: John F Kness

Thomas Dart ETAL.

**FILED MAR 28 2023 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

### PLAINTIFF STATUS REPORT

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land.

This is a status report based on the judges order.

- I have completed the interrigatories
- I have also responded to defendants request motion to admit
- I have not been able to see any video footage and has requested it on a drive or CD.
- I am lost with what discovery is supposed to be disclose to me and the defendants counsel it not making that clear but insist I answer multiple motion when Discovery hasn't been disclosed.
- No discovery has been able to be viewed or disclosed by Defendants counsel.
- Due to a family emergency My grandmother had been seriously I'll Due to her medical conditions & has been her primary caretaker since feb 8,2023 and Unintentionally missed deadlines due to this and ask the court for leniency for this.

Respectfully submitted, Tyrion S Hodges

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023

placed in US Mail, along with this certificate, a copy of status report ordered by the court to following addresses 219 S Dearborn St. Chicago IL 60608

I the Plaintiff', Tyrion Hodges, served via electronic mail to denfendants at the email address of record below.

To:

U.S Dist. Court Clerk Thomas Burton

219 S Dearborn St Chicago,IL 60617

DEVORE RADUNSKY LLC

Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)

230 W. Monroe St., Suite 230 Chicago, IL 60606

(312) 300-4479

jdevore@devoreradunsky.com

tradunsky@devoreradunsky.com