# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Tyrion S. Hodges

V.

Thomas Dart ETAL.

Judge: John F Kness

Case No. 20-CV 6643

## MOTION FOR ATTORNEY REPRESENTATION FOR CAUSE OF CONFLICT & INTREST

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land, and humbly request the honorable court to appoint counsel for Plaintiff As well Under its discretion for the following;

1. I the plaintiff am a US citizen and only familiar with my constitutional rights. For the record I am not familiar with. Civil law, procedure's nor any statues and ask the court to be considerate of my status of knowledge of the law.
2. I plaintiffs take multiple medications and find it too hard to function and concentrate off these strong medications, which I must take daily
3. I need information from Cook County sheriff De that is so sensitive, it can put a Unwanted light significantly on defendants and there corporation. As a R.I.C.O. **Pettiford V. Sheehan, 2004 U.S Dist. LEXUS 5024**

4. I have made Multiple attempts to obtain a attorney outside of court and have attached letter from one of the Law firms contacted. (See Exhibit 1 )

5. It's a conflict and interest knowing the defendants are represented by the same counsel which is the state. defendants, and it's counsel is under the color of law and it is possible for certain discovery to be withheld or lost in

the best interest of defendants By this being Cook County Department of corrections.

Wherefore prays the honorable magistrate takes the facts into consideration and Appoint an attorney for the best interest of justice and Fair trial for both Plaintiff & Defendants.

Respectfully submitted,

Tyrion Hodges

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023

I placed in US Mail, along with this certificate, Defendants response to 1-58 Deem Admitted request. ordered by the court to following addresses

219 S Dearborn St. Chicago IL 60608

I the Plaintiff', Tyrion Hodges, served via electronic mail to denfendants at the email address of record below.

To:   U.S Dist. Court Clerk Thomas Burton

219 S Dearborn St Chicago, IL 60617

**DEVORE RADUNSKY LLC**

Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)

230 W. Monroe St., Suite 230 Chicago, IL 60606

(312) 300-4479

jdevore@devoreradunsky.com

tradunsky@devoreradunsky.com

EXHIBIT #1

# BEDI & SINGER
LLP

State & Federal Criminal Defense | White Collar Defense | Civil Rights

*via mail— attorney client privileged communication*

Tyrion Hodges
20200201065
P.O. Box 089002
DIV9-3C-3165-1
Chicago, Illinois 60608

July 21, 2021

Re: <u>Representation</u>

Dear Mr. Hodges,

I received your letter. Thank you for contacting me. I reviewed your letter regarding your need for representation. Unfortunately, my firm cannot represent you on your matter. Best of luck.

Sincerely,

s/ <u>Dena M. Singer</u>

**Dena M. Singer**
Attorney at Law

cc: file

53 West Jackson #1505 • Chicago, Illinois 60604
312.525.2017 • dsinger@bedisinger.com
www.bedisinger.com

EXHIBIT #2

## WEXFORD HEALTH SOURCES

DIXON CORRECTIONAL CENTER
2600 NORTH BRINTON AVENUE
DIXON, IL 61021                                            (815) 288-5561

STATEVILLE CORRECTIONAL CENTER
16300 SOUTH ROUTE 53
CREST HILL, IL 60435                                       (815) 727-3607

STATEVILLE R & C
20025 DIVISION STREET, STATE ROUTE 53
CREST HILL, IL 60435                                       (815) 727-3607

DEA # _____  LIC. # _____  NPI # _____

NAME  Hodges, Tyrion                    DOB  2/6/97

ADDRESS _____                  DATE _____

TAMPER-RESISTANT SECURITY FEATURES LISTED ON BACK OF SCRIPT

℞ Remeron 45mg take 1 PO @ bedtime
x 2 weeks

Prazosin 2mg take 1 capsule PO @ bedtime
x 2 weeks

Zoloft 100mg take 1 PO QAM
x 2 weeks

Trazodone 50mg take 1
tablet PO @ bedtime
x 2 weeks

- [ ] 1-24
- [ ] 25-49
- [ ] 50-74
- [ ] 75-100
- [ ] 101-150
- [ ] 151 and over
  _____ Units

Refill  NR  1 (2) 3 4 5
- [ ] MAY SUBSTITUTE
- [ ] MAY NOT SUBSTITUTE

_____
(Signature) J. Young APN

000995                                                    0C03IM0471376