

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Tyrion S. Hodges

V.

Thomas Dart ETAL.

Judge: John F Kness

Case No. 20-CV 6643

**FILED**

MAR 28 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### RESPONSE TO MOTION TO DEEM 1-58 ADMITTED

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land, and humbly request the honorable court to strike this request for the following;

1) On Dec 21,2022 Plaintiff Filed Notification of change of address to 10247 S Van Vlissingen Rd Chicago IL, 60617.

2) Defendants counsel Constantly Sent all copies of motions vial email. To an old email which was changed due to identity theft issues. @tyrionhodges66@gmail.com.

3) On Court appearance Feb 4, 2023 Given order to turn in new email to court I've been Agreeing to circumstances that I may not fully understand and feel my case is in jeopardy for me not being professional.

4) Though plaintiff missed deadline, has completed defendants request to admit accidentally confusing this following motion to deem Admitted.

5) Completed Status Report And diclosed Over 25 Exhibits sent directly to the emails of Both Attorneys, and another copy for the court.

6) take Multiple medications for anxiety, sleep and mood swings and it is almost impossible to sit down, and really focus on my case without neglecting my meds, and it honestly been making me suicidal & depression.

7) I've submitted everything opposing counsel has requested in Addition I ask the court for sanction if possible or anything Fair the court deem just.

Respectfully submitted , Tyrion Hodges

Propria persona Ucc1-308

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023

I placed in US Mail, along with this certificate, Defendants response to 1-58 Deem Admitted request. ordered by the court to following addresses

219 S Dearborn St. Chicago IL 60608

I the Plaintiff', Tyrion Hodges, served via electronic mail to denfendants at the email address of record below.

To:   U.S Dist. Court Clerk Thomas Burton

219 S Dearborn St Chicago,IL 60617

DEVORE RADUNSKY LLC

Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)

230 W. Monroe St., Suite 230 Chicago, IL 60606

(312) 300-4479

jdevore@devoreradunsky.com

tradunsky@devoreradunsky.com