

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Tyrion S. Hodges

Judge: John F Kness

Case No. 20-CV 6643

V.

Thomas Dart ETAL.

### MOTION FOR ATTORNEY REPRESENTATION FOR CAUSE OF CONFLICT & INTEREST

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land, and humbly request the honorable court to appoint counsel for Plaintiff As well Under its discretion for the following;

1. I the plaintiff am a US citizen and only familiar with my constitutional rights. For the record I am not familiar with. Civil law, procedure's nor any statues and ask the court to be considerate of my status of knowledge of the law.
2. I plaintiffs take multiple medications and find it too hard to function and concentrate off these strong medications, which I must take daily
3. I need information from Cook County sheriff Department that is so sensitive, it can put a Unwanted light significantly on defendants and there corporation. As a R.I.C.O. **Pettiford V. Sheehan, 2004 U.S Dist. LEXUS 5024**
4. I have made Multiple attempts to obtain a attorney outside of court and have attached letter from one of the Law firms contacted. (See Exhibit 1 )
5. It's a conflict and interest knowing the defendants are represented by the same counsel which is the state. defendants, and it's counsel is under the color of law and it is possible for certain discovery to be withheld or lost in

the best interest of defendants By this being Cook County Department of corrections.

Wherefore prays the honorable magistrate takes the facts into consideration and Appoint an attorney for the best interest of justice and Fair trial for both Plaintiff & Defendants.

Respectfully submitted,

Tyrion Hodges

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2023

I placed in US Mail, along with this certificate, Motion for attorney mRep . ordered by the court to following addresses

219 S Dearborn St. Chicago IL 60608

I the Plaintiff', Tyrion Hodges, served via electronic mail to denfendants at the email address of record below.

To:   U.S Dist. Court Clerk Thomas Burton

219 S Dearborn St Chicago,IL 60617

DEVORE RADUNSKY LLC

Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)

230 W. Monroe St., Suite 230 Chicago, IL 60606

(312) 300-4479

jdevore@devoreradunsky.com

tradunsky@devoreradunsky.com



04/28/2023

Liam Chen
Social Worker II
University of Chicago Medical Center
5841 S Maryland Ave
Chicago, IL 60637

To whom it may concern:

This letter is to inform you that Tyrion Stephaun Hodges (DOB 2/6/1997) has been hospitalized at our facility since 04/22/2023 and is currently admitted at our facility. He is unable to leave the hospital due to his condition. There is no anticipated discharge date at this time. Please call or email me with any questions or concerns.

Sincerely,

Liam Chen, LSW

Social Worker II
773-341-0559

**AT THE FOREFRONT OF MEDICINE®**
Liam.chen@uchospitals.edu
www.uchospitals.edu

**IMPORTANT:** This message is only intended for the use of the individual or entity to which it is addressed and may contain information that is privileged. Confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent that is responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you received this communication in error, please notify us immediately by telephone, then return the original message to us at the address below via the United States Postal Service. Thank you for your cooperation.