

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Tyrion S. Hodges     **FILED**     Judge: John F Kness

Case No. 20-CV 6643

v.     JUN 26 2023

Thomas Dart ETAL.     THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### MOTION FOR PRETRIAL CONFERENCE

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land, and humbly request the honorable court to set a date for parties to communicate and catch up on the case & discuss possible settlements.

1. One of the disk containing video footage and will not play & opposing party refused me to correct issue after exposing this via email.
2. I want to make sure I and appoint party have all materials of discovery before demanding trail.
3. Want to inform the judge on my medical inconveniences

Therefore prays the honorable judge enter order & set date so we won't fall behind on the case again.

Respectfully submitted, Tyrion Hodges

S SUBURBAN IL 604
20 JUN 2023 PM 8 L

06/26/2023-15

RECEIVED
2024 JUN 26 AM 8:03

U.S Dist. Court
Thomas Burton
219 S Dearborn St
Chicago IL, 60604

60604-189423

Tyrion Hodges
509 Pointe Dr #4
Hammond IN 46320