# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TYRION S. HODGES,** ) | |
|       Plaintiff, ) | Case No. 1:20-cv-06643 |
| ) | |
| v. ) | Hon. John F. Kness |
| ) | |
| **COOK COUNTY SHERIFF THOMAS** ) | |
| **DART, R. PARKER, SUPT. L.** ) | |
| **IRACHERA, C. ZAMFIRESCU,** ) | |
| **T. RUSHER, J. HERNANDEZ,** ) | |
| **J. JUDKINS, J. CRUKAJ, M.** ) | |
| **SHEEHAN, E. DURAN, C. TORRES,** ) | |
| **T. BEYER, N. DRACA, R. KORKUS,** ) | |
| **F. RUIZOZ, M. STATLER, W. RIVERA,** ) | |
| **R. GARCIA, A. DUHARKIC,** ) | |
| **E. VILLARREAL, E. REIERSON,** ) | |
| **L. ROMAN, S. STROH, D. CONTORNO,** ) | |
| **J. BARAJAS, R. PASQUEL, J. PRETO,** ) | |
| **M. BORUS, and M. KOEDYKER,** ) | |
|       Defendants. ) | |

## DEFENDANTS' OPPOSED MOTION TO CONTINUE
## AUGUST 24, 2023, STATUS HEARING

NOW COMES Defendant COOK COUNTY SHERIFF THOMAS DART, by and through his attorneys, Jason E. DeVore and Troy S. Radunsky, of DeVore Radunsky LLC, and for Defendants' Opposed Motion to Continue the August 24, 2023, Status Hearing, states as follows:

1. Defendants' Counsel communicated via email with Plaintiff on August 14, 2023, regarding this Motion, to which Plaintiff responded with a single word: "Objection"

2. When Defendants' Counsel inquired about the basis of Plaintiff's objection to the Motion for submission of the same to this Court and the Honorable Presiding Judge John F. Kness, his response was that "it's been over 30 days[,]" therefore, *he* would "tell [the judge]." *See* Exhibit A, 8.14.23 Email Chain with Plaintiff.

3. On July 21, 2023, this Court issued an Order continuing this Status Hearing to August 24, 2023, at 9 am. (ECF No. 59.)

4. Counsel for Defendants will be unavailable at the present date and time scheduled, and now require a brief continuance of the August 24, 2023, Status Hearing, until a date falling during the following weeks (8/29 – 9/1; 9/4 – 9/8)

5. Not granting a continuance of the Status Hearing would prejudice Defendants because counsel for Defendants will not be in office on the present scheduled date and will be unable to attend under the circumstances.

6. Granting a continuance will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendant's Opposed Motion to Continue the August 24, 2023, Status Hearing is Granted.

2. The Status Conference presently scheduled for August 24, 2023, at 9 am, is continued until a date that works for the Court falling in the following weeks (8/29 – 9/1; 9/4 – 9/8).

Respectfully Submitted,

**Defendants**

By: */s/ Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that Defendant's Motion to Continue was filed on August 15, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/ Zachary Stillman*
Zachary Stillman