## Re: Hodges v. Dart et al | August 24, 2023, Status Hearing - Request to Reschedule

Tyrion Hodges <tshodges97@gmail.com>
Mon 8/14/2023 8:58 PM

To:Troy Radunsky <tradunsky@devoreradunsky.com>

Cc:Jason DeVore <jdevore@devoreradunsky.com>;**Law Clerks <LawClerks@devoreradunsky.com>;**Zachary Stillman <zstillman@devoreradunsky.com>

It's been over 30 days & I'll tell him.

On Mon, Aug 14, 2023 at 8:03 PM Troy Radunsky <tradunsky@devoreradunsky.com> wrote:

> Whats your basis for the objection so we can tell the judge?
>
>
>
> Thanks,
>
>
>
> *Troy S. Radunsky*
>
> **DeVore Radunsky LLC**
>
> 230 W. Monroe, Suite 230
>
> Chicago, Illinois 60606
>
> **O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
>
> tradunsky@devoreradunsky.com
>
> www.devoreradunsky.com
>
> *Recognized by SuperLawyers*
>
> 
>
> *This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Tyrion Hodges <tshodges97@gmail.com>
**Sent:** Monday, August 14, 2023 5:33 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hodges v. Dart et al | August 24, 2023, Status Hearing - Request to Reschedule

Objection

On Mon, Aug 14, 2023 at 10:38 AM Zachary Stillman <zstillman@devoreradunsky.com> wrote:

> Good Morning Tyrion,
>
> Next week, on August 24, 2023, at 9 am, there is presently a telephonic status conference scheduled. We have availability issues on this date, so we will be requesting via Motion to Continue that the Court continue the scheduled hearing to a date falling in the following two weeks.
>
> I tried giving you a call before this, but your phone was not in service.
>
> Please advise prior to tomorrow, Tuesday August 15, 2023, at 12 pm, if you have any opposition to our Motion. Otherwise, we will proceed with filing unopposed.
>
> Thank you,
>
> Zachary
>
> Zachary Stillman
> **DeVore Radunsky LLC**
> 230 W. Monroe St., Ste 230
> Chicago, IL 60606
> D: (312) 300-4485 | O: (312) 300-4479 | F: 312-674-7423
> zstillman@devoreradunsky.com



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.