## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tyrion S. Hodges

                        Plaintiff,

v.                                                         Case No.: 1:20−cv−06643

                                                                  Honorable John F. Kness

C. Zamfirescu, et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 15, 2023:

      MINUTE entry before the Honorable John F. Kness: Defendants' Motion to continue [60] is granted. The telephonic status hearing set for 8/24/2023 is stricken. An **in−person** status hearing set for 9/1/2023 at 08:30 AM. Counsel for Defendants and Plaintiff Hodges are directed to appear **in−person** at the 9/1/2023 status hearing. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.