## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tyrion S. Hodges
                                        Plaintiff,

v.                                                                                  Case No.: 1:20−cv−06643
                                                                                          Honorable John F. Kness

C. Zamfirescu, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 28, 2023:

        MINUTE entry before the Honorable John F. Kness: Due to a change in the Court's schedule, the in−person status hearing set for 9/1/2023 is reset for 8/31/2023 at 09:30 AM. Counsel for Defendants and Plaintiff Hodges are directed to appear in−person at the 8/31/2023 status hearing. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.