**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Tyrion S. Hodges
          Plaintiff,

v.                  Case No.: 1:20−cv−06643
                  Honorable John F. Kness

C. Zamfirescu, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 31, 2023:

  MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 8/31/2023. Only counsel for Defendants appeared. As discussed on the record, a continued **in−person** status hearing is set for 9/18/2023 at 9:30 AM. Plaintiff Hodges is directed to appear **in person** at the 9/18/2023 hearing. Plaintiff is specifically warned that this case may be dismissed for want of prosecution if Plaintiff fails to appear. The Clerk is directed to send Plaintiff a copy of this Order: (1) at the address provided on the Court's docket; and (2) by email at the email address provided on the Pro Se Appearance form [44]. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.