## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Tyrion S. Hodges

        Plaintiff,

v.                Case No.: 1:20−cv−06643
                Honorable John F. Kness

C. Zamfirescu, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 18, 2023:

   MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 9/18/2023. Plaintiff Hodges appeared pro se and Defendants appeared through counsel. As explained on the record, although the Court summarily found Plaintiff in contempt for certain in−court conduct, the Court determined that an oral admonishment was sufficient to address the matter and thus imposed no sanction. Further substantive relief and direction will be provided by separate written order. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.