

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Tyrion Hodges
V.
Thomas Dart Etal.

Judge: John F. Kness
Case No 20-Cv-6643

**FILED**

DEC 04 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### Notice of address, change and email address

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land.

I hear by notify the court November 28, 2023, 9:18 AM I am submitting a US mail notification of my current mailing address, phone number and email address.
Please send any updates within the last 60 days.

Contact Information update:

10247 S. Van vlissingen Rd., Chicago, IL 60617

Tyrionhodges642@gmail.com

214-378-8412

And under the penalties of perjury, I declare the foregoing statement, true and correct, and have made copies for my personal record
Respectfully submitted,

Tyrion Hodges
November 28, 2023



Tyvion hodges
15247 S. Van Vlissingen Rd
Chicago IL, 60617

US Dist. Court
219 S. Dearborn St.
Chicago IL, 60604

RECEIVED
DEC 04 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



28 NOV 2023 PM 1 L
S SUBURBAN IL 604



12/04/2023-9