

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Tyrion Hodges
V.
Thomas Dart Etal.

**FILED**
DEC 19 2023 JB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Judge: John F. Kness
Case No 20-Cv-6643

## MOTION FOR DEFAULT JUDGMENT

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land.

Pursuant to (735 ILCS 5/2-1301) (b) A determination in favor of the plaintiff on an issue as to the truth or validity of any defense in abatement shall be that the defendant answer or otherwise plead.

- April 12, 2023, plaintiff submitted status report by court orders.
- On April 28, 2023, plaintiff submitted presented a motion for attorney representation and sent copies to the defendant's party as notice explaining my medical status hindering plaintiff of pro pria persona.
- May 16, 2023, Plaintiff sent defendants party all exhibits grievances and verified complaints.
- August 24, 2023 Sept 1, 2023 were hearings on these matters the state failed to bring forward the materials nor respond to the plaintiff's allegations or motions filed in court.

- The court hasn't sent any notice of next hearing or dates, nor have the opposing party reached out in ordinance to Code of civil procedure.
- It has been a total of 6 months with no response from the defendant's council.
- Plaintiffs feel defendants counsel is refusing to file a response causing delay in civil proceedings.
- Plaintive is being hindered from demanding trial without all discovery materials, which should have been disclosed by defendants' council.
- Plaintiff was temporarily held in contempt after failing to properly explain and litigate during court hearing 9/1/2023.
- Plaintiff has mental health, diagnosis of mood swings and bipolar, chronic depression, which displayed at court hearing 09/01/2023.
- Plaintiffs have a diagnosis of PTSD and is emotionally triggered easily.
- On Dec 4, 2023, plaintiff met with counsel of defendants and fell overly disrespected by their tone and tactics of manipulation. I am not a lawyer, so I am not aware of what is being said, and the defendant's council is getting frustrated.
- Though plaintiff have submitted all discovery documents and materials and possession, the defendant's council on the other hand has failed due diligence to bring forth the evidence requested by plaintiff and continuously, tries to sweep the cries of my civil rights violation under the rug.

I humbly request the court enter judgement on behalf of the plaintiff pursuant to (735 ILCS 5/2-1301) (a) & (b)

- Appoint attorney for plaintiff.
- Enter sanctions against defendant's counsel.
- Any relief the court seems just.
- All discovery requested be met.

Respectfully Submitted,

Tyrion S Hodges

## CERTIFICATE OF SERVICE

I hereby certify that on Dec 12,2023

I placed in US Mail, along with this certificate, Motion for attorney mRep . ordered by the court to be following addresses.

219 S Dearborn St. Chicago IL 60608

I the Plaintiff', Tyrion Hodges, served via electronic mail to defendants at the email address of record below.

To:   U.S Dist. Court Clerk Thomas Burton

219 S Dearborn St Chicago,IL 60617

DEVORE RADUNSKY LLC

Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)

230 W. Monroe St., Suite 230 Chicago, IL 60606

(312) 300-4479

jdevore@devoreradunsky.com

tradunsky@devoreradunsky.com