# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tyrion S. Hodges
                                    Plaintiff,

v.                                                                                                      Case No.: 1:20−cv−06643
                                                                                                     Honorable John F. Kness

C. Zamfirescu, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 28, 2023:

      MINUTE entry before the Honorable John F. Kness: The Court sets the following briefing schedule for Plaintiff's motion for default judgment [70]. Defendant's response is due on or before 1/10/2024. Plaintiff's reply (if any) is due on or before 1/24/2024. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.