Page 1

1  IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF ILLINOIS
2            EASTERN DIVISION
3
    TYRION S. HODGES,                )
4                                    )
              Plaintiff,             )
5                                    )
        v.                           )   1:20-cv-06643
6                                    )
    COOK COUNTY SHERIFF THOMAS       )
7   DART, R. PARKER, SUPT.           )
    L. IRACHERA, C. ZAMFIRESCU,      )
8   T. RUSHER, J. HERNANDEZ,         )
    J. JUDKINS, J. CRUKAJ,           )
9   M. SHEEHAN, E. DURAN,            )
    C. TORRES, T. BEYER, N. DRACA,   )
10  R. KORKES, F. RUIZOZ,            )
    M. STATLER, W. RIVERA,           )
11  R. GARCIA, A. DUHARKIC,          )
    E. VILLARREAL, E. REIERSON,      )
12  L. ROMAN, S. STROH,              )
    D. CONTORNO, J. BARAJAS,         )
13  R. PASQUEL, J. PRETO,            )
    M. BORUS, and M. KOEDYKER,       )
14                                   )
              Defendants.            )
15  _____)
16
17      RECORD OF PROCEEDINGS had at the videotaped
18   deposition of TYRION S. HODGES, taken on behalf
19   of the defendants in the above-entitled case
20   before Debra L. Kleszyk, a Certified Shorthand
21   Reporter within and for the State of Illinois,
22   taken remotely via videoconference on December 4,
23   2023, commencing at 10:07 a.m., pursuant to the
24   Federal Rules of Civil Procedure.
25

Page 2

1  A P P E A R A N C E S
2
3  MR. TYRION S. HODGES
4     Appeared via videoconference as the pro se plaintiff
5
6  DeVORE RADUNSKY, LLC
7  BY: MR. TROY S. RADUNSKY
       MR. JASON DEVORE
8  230 West Monroe Street, Suite 230
   Chicago, Illinois 60606
9  (312) 300-4479
   tradunsky@devoreradunsky.com
10 jdevore@devoreradunsky.com
11    Appeared via videoconference on behalf of the defendants

16 ALSO PRESENT VIA VIDEOCONFERENCE:
17 MR. TIM TUPIAK, Videographer

Page 3

1      THE VIDEOGRAPHER: Going on the
2 record. The time is 10:07 a.m.
3      MR. HODGES: You don't run shit over
4 there, nigger.
5      MR. RADUNSKY: All right. We got the
6 -- Deb, we got it on the record?
7      THE COURT REPORTER: We are on the
8 record --
9      MR. HODGES: Yeah, make sure we get
10 all this on the record. You don't run shit over
11 there. You the opposing party. Whoever you is,
12 you're not my lawyer. You don't talk to me any
13 type of way. Fuck is you talking about? Man,
14 nigger.
15      MR. RADUNSKY: Let the record reflect
16 that we attempted to start the deposition of
17 Mr. Hodges and Mr. Hodges refused to appear on
18 camera except for half of his face. He then began
19 swearing at me repeatedly and threatening me in
20 front of five -- in front of four other witnesses.
21 He also used vulgarity --
22      MR. HODGES: Man, you a bitch.
23      MR. RADUNSKY: -- and profanity.
24      MR. HODGES: I called you a bitch. I
25 didn't threaten you. You a bitch. Fuck you

Page 4

1 talking about, nigger? Put that on the record.
2 You a bitch, man. Fuck you talking about? God.
3      MR. RADUNSKY: So let --
4      MR. HODGES: Put that on the record.
5      MR. RADUNSKY: -- the record reflect
6 that he's still talking to me in an unprofessional
7 manner. And, due to that, we're going to --
8      MR. HODGES: No. This ain't my job.
9 Fuck you talking about all that I talk to you
10 professionally? Shit, nigger. Fucking shut up.
11 Who the fuck is you? You not the judge. Fucking
12 you shut your ass up.
13      MR. RADUNSKY: So let the record
14 continue to reflect that Mr. Hodges is continuing
15 to swear at all of us and using language that's --
16      MR. HODGES: I'm swearing at --
17      MR. RADUNSKY: -- inappropriate --
18      MR. HODGES: -- your bitch ass, you
19 specifically, you, nigger, you, 'cuz you --
20      MR. RADUNSKY: Tyrion, you got
21 anything --
22      MR. HODGES: -- came at me backwards.
23      MR. RADUNSKY: Tyrion, you got
24 anything else to say?
25      MR. HODGES: You came at me

Page 5

1 disrespectful, so I'm meeting you with your
2 energy. Fuck is you talking about? You don't run
3 me. You don't tell me, "Put your face in the
4 camera." Who the fuck is you talking to? You're
5 not my daddy, nigger. What the fuck is you
6 talking about?
7      MR. RADUNSKY: Tyrion --
8      MR. HODGES: Now, reflect that, bitch.
9      MR. RADUNSKY: Okay.
10      MR. HODGES: Reflect that.
11      MR. RADUNSKY: Okay. We've got it all
12 on the record. Tyrion, is there anything else you
13 want to say before we terminate the deposition
14 today and we take it to the judge to let him
15 review your conduct and see how you're behaving?
16 Anything else you want to say?
17      MR. HODGES: Let him review the
18 conduct then. Fuck you talking about, nigger?
19 Get off my phone, bitch.
20      MR. RADUNSKY: Okay. We're going to
21 move for sanctions and for costs. We're also
22 going to move to have the case dismissed and for a
23 protective order to do this deposition in front of
24 the judge if necessary --
25      MR. HODGES: I wanted that anyway. I

Page 6

1  ain't never want no -- I ain't never -- I always
2  wanted it in person anyway.  Fine.  Fuck what you
3  talking about.
4          MR. RADUNSKY:  Tyrion, anything else
5  that you want to say before we terminate the
6  deposition?  This was -- this is your opportunity.
7          MR. HODGES:  Man, I don't even know,
8  what the fuck is a deposition?  'Cuz you just came
9  at me disrespectful.  I don't -- like I'm supposed
10 to kiss your ass.  I'm not kissing no ass, bro.
11         MR. RADUNSKY:  Tyrion, the record
12 reflects what it reflects.  I asked you to just
13 put yourself on the camera, and you absolutely
14 went off the rails.  And we have a record of it.
15 So I gave you --
16         MR. HODGES:  Well --
17         MR. RADUNSKY:  -- this opportunity.
18 I'm not going to let you speak to me --
19         MR. HODGES:  Well, you all --
20         MR. RADUNSKY:  -- this way.
21         MR. HODGES:  -- need no opportunity
22 for you -- let's go to trial, bitch ass nigger.
23 I don't need no deposition.
24         MR. RADUNSKY:  Tyrion, Tyrion --
25         MR. HODGES:  I got enough of this --

Page 7

1          MR. RADUNSKY:  Tyrion, are you --
2          MR. HODGES:  -- deposition, goofy.
3  Fuck is you talking about?  Did you respond to my
4  motion to product [sic] documents?  Fuck is you
5  talking about, bitch ass nigger?  You ain't
6  responded to shit I put in.  Now my arm is fucked
7  up.  You talking about all this extra shit.  I
8  don't care.  Tell the judge I don't give no fuck.
9  What the fuck is you talking about, all three?
10 You want to come get disrespectful, then I'll get
11 disrespectful.  It's a problem.  Well, I don't
12 give no fuck.  Who you run?  You don't run shit.
13 Where is -- you a lawyer.  Who the fuck is you?
14 Fuck is you talking about, nigger?  I learned this
15 shit just like you learned this shit, nigger.  You
16 just went to school.  That way --
17         MR. DEVORE:  We'll be seeing you in
18 court.  We'll be seeing you in court.
19         MR. RADUNSKY:  Tyrion, we're done.
20         MR. HODGES:  No ass --
21         MR. RADUNSKY:  Tyrion --
22         MR. HODGES:  -- his movie, man.
23         MR. RADUNSKY:  Tyrion --
24         MR. HODGES:  -- fuck it up.
25         MR. RADUNSKY:  -- we're done.  Stop

Page 8

1  talking to us that way.  Stop --
2          MR. HODGES:  All right.  Bye --
3          MR. RADUNSKY:  -- swearing.  We're
4  done.
5          MR. HODGES:  -- bitch ass nigger.
6          MR. RADUNSKY:  Off the record.  We'll
7  see you in court.  We'll see you in court.  Have a
8  nice day.  Have a nice day, Mr. Hodges.
9          MR. HODGES:  And I need my money
10 over there.
11         MR. RADUNSKY:  Have a nice day,
12 Mr. Hodges.
13         MR. HODGES:  What fuck you talking
14 about?  And I need my money, nigger.  Fuck you
15 talking about, nigger?  What fuck you talking
16 about?
17         MR. RADUNSKY:  We're going to be
18 moving for costs for this deposition --
19         MR. HODGES:  We're going to be moving
20 for trial.
21         MR. RADUNSKY:  We're going to be
22 moving for costs on the dep --
23         MR. HODGES:  I don't even know what
24 that is.
25         MR. RADUNSKY:  -- as well as sanctions.

Page 9

1          MR. HODGES:  I don't understand.  I
2  don't understand.  I don't know what the fuck that
3  is.
4          MR. RADUNSKY:  Okay.  Thank you for
5  your time today, Tyrion.  Thank you.
6          MR. HODGES:  What?
7          MR. RADUNSKY:  We're done.  We're
8  terminating the deposition.  Thank you.  We got
9  enough --
10         MR. HODGES:  I don't know what the --
11         MR. RADUNSKY:  -- on the record.
12         MR. HODGES:  -- fuck that is.
13         MR. RADUNSKY:  We're done.
14         MR. HODGES:  I don't understand
15 nothing.
16         MR. RADUNSKY:  The dep is over.
17         MR. HODGES:  I don't know nothing.
18         MR. RADUNSKY:  You know what it means,
19 Tyrion.
20         MR. HODGES:  I don't understand
21 nothing.
22         MR. RADUNSKY:  We're done.
23         MR. HODGES:  I don't understand shit.
24         MR. RADUNSKY:  We're done.  Tyrion,
25 you can tell the judge, and I'm going to show him

3 (Pages 6 - 9)

Page 10

1  this record and this video --
2       MR. HODGES:  Show him the video.
3       MR. RADUNSKY:  -- everything you said.
4  We're done.
5       MR. HODGES:  Show him the video.
6       MR. RADUNSKY:  We're done.  Thank you.
7  We will.  We will.  Have a nice day.  Have a nice
8  day.  Have a nice day.
9       MR. HODGES:  Bye.
10      MR. RADUNSKY:  Deb, let the record
11 reflect that the deposition is terminated.  Please
12 send me a copy of the transcript.
13           Tyrion, we'll be seeing you in
14 court.  Thank you.
15      MR. HODGES:  Bye.
16      THE VIDEOGRAPHER:  Off the record.
17 The time is 10:12.
18           (The deposition was
19             concluded at 10:12 a.m.)
20           --oo0oo--
21
22
23
24
25

Page 11

1           CERTIFICATE OF
2       CERTIFIED SHORTHAND REPORTER
3
4       I, DEBRA L. KLESZYK, a Certified Shorthand
5  Reporter of the State of Illinois, CSR License
6  084-002981, do hereby certify:
7       That the foregoing proceedings were
8  stenographically reported by me and thereafter
9  reduced to typewriting under my personal direction
10 and constitutes, to the best of my ability, a true
11 and accurate record of the proceedings had;
12      That the said proceedings were taken
13 before me at the time and place specified;
14      That I am not a relative or employee or
15 attorney or counsel for any of the parties herein,
16 nor a relative or employee of such attorney or
17 counsel for any of the parties hereto, nor am I
18 interested directly or indirectly in the outcome
19 of this action.
20      IN WITNESS WHEREOF, I do hereunto set
21 my verified digital signature this 4th day of
22 December, 2023.
23
24          DEBRA L. KLESZYK
           Certified Shorthand Reporter
25         License No. 084-002981

4 (Pages 10 - 11)

**[06643 - division]**  Page 1

### 0

**06643** 1:5
**084-002981**
  11:6,25

### 1

**10:07** 1:23 3:2
**10:12** 10:17,19
**1875** 11:23
**1:20** 1:5

### 2

**2023** 1:23
  11:22
**230** 2:8,8

### 3

**300-4479** 2:9
**312** 2:9

### 4

**4** 1:22
**4th** 11:21

### 6

**60606** 2:8

### a

**a.m.** 1:23 3:2
  10:19
**ability** 11:10
**above** 1:19
**absolutely** 6:13
**accurate** 11:11
**action** 11:19
**ain't** 4:8 6:1,1
  7:5

**anyway** 5:25
  6:2
**appear** 3:17
**appeared** 2:4
  2:11
**arm** 7:6
**asked** 6:12
**ass** 4:12,18
  6:10,10,22 7:5
  7:20 8:5
**attempted** 3:16
**attorney** 11:15
  11:16

### b

**backwards**
  4:22
**barajas** 1:12
**began** 3:18
**behalf** 1:18
  2:11
**behaving** 5:15
**best** 11:10
**beyer** 1:9
**bitch** 3:22,24
  3:25 4:2,18 5:8
  5:19 6:22 7:5
  8:5
**borus** 1:13
**bro** 6:10
**bye** 8:2 10:9,15

### c

**c** 1:7,9 2:1
**called** 3:24

**camera** 3:18
  5:4 6:13
**care** 7:8
**case** 1:19 5:22
**certificate** 11:1
**certified** 1:20
  11:2,4,24
**certify** 11:6
**chicago** 2:8
**civil** 1:24
**come** 7:10
**commencing**
  1:23
**concluded**
  10:19
**conduct** 5:15
  5:18
**constitutes**
  11:10
**continue** 4:14
**continuing**
  4:14
**contorno** 1:12
**cook** 1:6
**copy** 10:12
**costs** 5:21 8:18
  8:22
**counsel** 11:15
  11:17
**county** 1:6
**court** 1:1 3:7
  7:18,18 8:7,7
  10:14
**crukaj** 1:8

**csr** 11:5
**cuz** 4:19 6:8
**cv** 1:5

### d

**d** 1:12
**daddy** 5:5
**dart** 1:7
**day** 8:8,8,11
  10:7,8,8 11:21
**deb** 3:6 10:10
**debra** 1:20 11:4
  11:24
**december** 1:22
  11:22
**defendants**
  1:14,19 2:11
**dep** 8:22 9:16
**deposition** 1:18
  3:16 5:13,23
  6:6,8,23 7:2
  8:18 9:8 10:11
  10:18
**devore** 2:6,7
  7:17
**devoreraduns...**
  2:9,10
**digital** 11:21
**direction** 11:9
**directly** 11:18
**dismissed** 5:22
**disrespectful**
  5:1 6:9 7:10,11
**district** 1:1,1
**division** 1:2

**[documents - outcome]** Page 2

| | | | |
|---|---|---|---|
| **documents** 7:4<br>**draca** 1:9<br>**due** 4:7<br>**duharkic** 1:11<br>**duran** 1:9<br>**e**<br>**e** 1:9,11,11 2:1 2:1<br>**eastern** 1:2<br>**employee** 11:14 11:16<br>**energy** 5:2<br>**entitled** 1:19<br>**except** 3:18<br>**extra** 7:7<br>**f**<br>**f** 1:10<br>**face** 3:18 5:3<br>**federal** 1:24<br>**fine** 6:2<br>**five** 3:20<br>**foregoing** 11:7<br>**four** 3:20<br>**front** 3:20,20 5:23<br>**fuck** 3:13,25 4:2,9,11 5:2,4,5 5:18 6:2,8 7:3 7:4,8,9,12,13 7:14,24 8:13 8:14,15 9:2,12<br>**fucked** 7:6<br>**fucking** 4:10,11 | **g**<br>**garcia** 1:11<br>**give** 7:8,12<br>**go** 6:22<br>**god** 4:2<br>**going** 3:1 4:7 5:20,22 6:18 8:17,19,21 9:25<br>**goofy** 7:2<br>**h**<br>**half** 3:18<br>**hereto** 11:17<br>**hereunto** 11:20<br>**hernandez** 1:8<br>**hodges** 1:3,18 2:3 3:3,9,17,17 3:22,24 4:4,8 4:14,16,18,22 4:25 5:8,10,17 5:25 6:7,16,19 6:21,25 7:2,20 7:22,24 8:2,5,8 8:9,12,13,19,23 9:1,6,10,12,14 9:17,20,23 10:2,5,9,15<br>**i**<br>**illinois** 1:1,21 2:8 11:5<br>**inappropriate** 4:17<br>**indirectly** 11:18 | **interested** 11:18<br>**irachera** 1:7<br>**j**<br>**j** 1:8,8,8,12,13<br>**jason** 2:7<br>**jdevore** 2:10<br>**job** 4:8<br>**judge** 4:11 5:14 5:24 7:8 9:25<br>**judkins** 1:8<br>**k**<br>**kiss** 6:10<br>**kissing** 6:10<br>**kleszyk** 1:20 11:4,24<br>**know** 6:7 8:23 9:2,10,17,18<br>**koedyker** 1:13<br>**korkes** 1:10<br>**l**<br>**l** 1:7,12,20 11:4 11:24<br>**language** 4:15<br>**lawyer** 3:12 7:13<br>**learned** 7:14,15<br>**license** 11:5,25<br>**llc** 2:6<br>**m**<br>**m** 1:9,10,13,13<br>**make** 3:9<br>**man** 3:13,22 4:2 6:7 7:22 | **manner** 4:7<br>**means** 9:18<br>**meeting** 5:1<br>**money** 8:9,14<br>**monroe** 2:8<br>**motion** 7:4<br>**move** 5:21,22<br>**movie** 7:22<br>**moving** 8:18,19 8:22<br>**n**<br>**n** 1:9 2:1<br>**necessary** 5:24<br>**need** 6:21,23 8:9,14<br>**never** 6:1,1<br>**nice** 8:8,8,11 10:7,7,8<br>**nigger** 3:4,14 4:1,10,19 5:5 5:18 6:22 7:5 7:14,15 8:5,14 8:15<br>**northern** 1:1<br>**o**<br>**okay** 5:9,11,20 9:4<br>**oo0oo** 10:20<br>**opportunity** 6:6,17,21<br>**opposing** 3:11<br>**order** 5:23<br>**outcome** 11:18 |

**p**
**p** 2:1,1
**parker** 1:7
**parties** 11:15, 11:17
**party** 3:11
**pasquel** 1:13
**person** 6:2
**personal** 11:9
**phone** 5:19
**place** 11:13
**plaintiff** 1:4 2:4
**please** 10:11
**present** 2:16
**preto** 1:13
**pro** 2:4
**problem** 7:11
**procedure** 1:24
**proceedings** 1:17 11:7,11 11:12
**product** 7:4
**profanity** 3:23
**professionally** 4:10
**protective** 5:23
**pursuant** 1:23
**put** 4:1,4 5:3 6:13 7:6

**r**
**r** 1:7,10,11,13 2:1
**radunsky** 2:6,7 3:5,15,23 4:3,5 4:13,17,20,23 5:7,9,11,20 6:4 6:11,17,20,24 7:1,19,21,23,25 8:3,6,11,17,21 8:25 9:4,7,11 9:13,16,18,22 9:24 10:3,6,10
**rails** 6:14
**record** 1:17 3:2 3:6,8,10,15 4:1 4:4,5,13 5:12 6:11,14 8:6 9:11 10:1,10 10:16 11:11
**reduced** 11:9
**reflect** 3:15 4:5 4:14 5:8,10 10:11
**reflects** 6:12,12
**refused** 3:17
**reierson** 1:11
**relative** 11:14 11:16
**remotely** 1:22
**repeatedly** 3:19
**reported** 11:8
**reporter** 1:21 3:7 11:2,5,24
**respond** 7:3
**responded** 7:6
**review** 5:15,17
**right** 3:5 8:2
**rivera** 1:10
**roman** 1:12

**ruizoz** 1:10
**rules** 1:24
**run** 3:3,10 5:2 7:12,12
**rusher** 1:8

**s**
**s** 1:3,12,18 2:1 2:3,7
**sanctions** 5:21 8:25
**school** 7:16
**se** 2:4
**see** 5:15 8:7,7
**seeing** 7:17,18 10:13
**send** 10:12
**set** 11:20
**sheehan** 1:9
**sheriff** 1:6
**shit** 3:3,10 4:10 7:6,7,12,15,15 9:23
**shorthand** 1:20 11:2,4,24
**show** 9:25 10:2 10:5
**shut** 4:10,12
**sic** 7:4
**signature** 11:21 11:23
**speak** 6:18
**specifically** 4:19
**specified** 11:13

**start** 3:16
**state** 1:21 11:5
**states** 1:1
**statler** 1:10
**stenographic...** 11:8
**stop** 7:25 8:1
**street** 2:8
**stroh** 1:12
**suite** 2:8
**supposed** 6:9
**supt** 1:7
**sure** 3:9
**swear** 4:15
**swearing** 3:19 4:16 8:3

**t**
**t** 1:8,9
**take** 5:14
**taken** 1:18,22 11:12
**talk** 3:12 4:9
**talking** 3:13 4:1 4:2,6,9 5:2,4,6 5:18 6:3 7:3,5 7:7,9,14 8:1,13 8:15,15
**tell** 5:3 7:8 9:25
**terminate** 5:13 6:5
**terminated** 10:11
**terminating** 9:8

| | |
|---|---|
| **thank** 9:4,5,8 10:6,14<br>**thomas** 1:6<br>**threaten** 3:25<br>**threatening** 3:19<br>**three** 7:9<br>**tim** 2:17<br>**time** 3:2 9:5 10:17 11:13<br>**today** 5:14 9:5<br>**torres** 1:9<br>**tradunsky** 2:9<br>**transcript** 10:12<br>**trial** 6:22 8:20<br>**troy** 2:7<br>**true** 11:10<br>**tupiak** 2:17<br>**type** 3:13<br>**typewriting** 11:9<br>**tyrion** 1:3,18 2:3 4:20,23 5:7 5:12 6:4,11,24 6:24 7:1,19,21 7:23 9:5,19,24 10:13 | **used** 3:21<br>**using** 4:15<br>**v**<br>**v** 1:5<br>**verified** 11:21<br>**video** 10:1,2,5<br>**videoconfere...** 1:22 2:4,11,16<br>**videographer** 2:17 3:1 10:16<br>**videotaped** 1:17<br>**villarreal** 1:11<br>**vulgarity** 3:21<br>**w**<br>**w** 1:10<br>**want** 5:13,16 6:1,5 7:10<br>**wanted** 5:25 6:2<br>**way** 3:13 6:20 7:16 8:1<br>**we've** 5:11<br>**went** 6:14 7:16<br>**west** 2:8<br>**whereof** 11:20<br>**witness** 11:20<br>**witnesses** 3:20 |
| **u** | **y** |
| **under** 11:9<br>**understand** 9:1 9:2,14,20,23<br>**united** 1:1<br>**unprofessional** 4:6 | **yeah** 3:9<br>**z**<br>**zamfirescu** 1:7 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.