Re: Hodges v. Dart et al | Notice of Zoom Deposition (12.4.23)

Zachary Stillman <zstillman@devoreradunsky.com>
Wed 10/25/2023 9:35 AM
To: Tyrion Hodges <tshodges97@gmail.com>
Cc: Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>

https://proceedings.veritext.com/?token=038fe83339a2da6e599baeac9553b658

Here is the link for the deposition on December 4.

Thank you,
Zachary



**Zachary Stillman**

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Wednesday, October 25, 2023 9:30 AM
**To:** Tyrion Hodges <tshodges97@gmail.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hodges v. Dart et al | Notice of Zoom Deposition (12.4.23)

Tyrion,

Thank you for confirming that December 4th works for you.

We will see you then.

Thank you,
Zachary



**Zachary Stillman**

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

Case: 1:20-cv-06643 Document #: 72-2 Filed: 01/02/24 Page 2 of 6 PageID #:469

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Tyrion Hodges <tshodges97@gmail.com>
**Sent:** Tuesday, October 24, 2023 4:34 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hodges v. Dart et al | Notice of Zoom Deposition (12.4.23)

Dec 4 is fine

On Tue, Oct 24, 2023 at 3:42 PM Zachary Stillman <zstillman@devoreradunsky.com> wrote:

> Tyrion,
>
> As explained in my last email, we do not have any availability for the deposition in November. The date provided is the earliest we have available.
>
> We have discussed settlement with you numerous times and you have rejected it at each turn.
>
> If you are still interested in the $7000, we could check with our client about whether that would still be on the table.
>
> Otherwise, please let us know if you have any alternative dates to suggest around the same period for the deposition to occur.
>
> If we do not receive any other dates, we will assume the present date works.
>
> Thank you,
> Zachary
>
> 
>
> **Zachary Stillman**
>
> Associate Attorney • DeVore Radunsky LLC
>
> Direct: (312) 300-4485 • Office: (312) 300-4479
> zstillman@devoreradunsky.com
> 230 W Monroe, Ste 230
> Chicago, IL 60606
>
> ---
>
> This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
>
> ---
>
> **From:** Tyrion Hodges <tshodges97@gmail.com>
> **Sent:** Tuesday, October 24, 2023 2:56 PM
>
> **To:** Zachary Stillman <zstillman@devoreradunsky.com>

**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hodges v. Dart et al | Notice of Zoom Deposition (12.4.23)

What available days do we have in November? And do you think it will be possible for Mr. Devore and his team create and final offer in the best interest of defendants and me?

On Tue, Oct 24, 2023 at 2:08 PM Zachary Stillman <zstillman@devoreradunsky.com> wrote:

> Tyrion,
>
> We scheduled for that date as that is our next available time due to being booked out due to other cases and holidays.
>
> If the scheduled date and time do not work for you, please advise of some dates around then that do work for you.
>
> If you have any questions, please feel free to send over email.
>
> Thank you,
> Zachary
>
> 
>
> ### Zachary Stillman
>
> Associate Attorney • DeVore Radunsky LLC
>
> Direct: (312) 300-4485 • Office: (312) 300-4479
> zstillman@devoreradunsky.com
> 230 W Monroe, Ste 230
> Chicago, IL 60606
>
> ---
>
> This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
>
> ---
>
> **From:** Tyrion Hodges <tshodges97@gmail.com>
> **Sent:** Monday, October 23, 2023 1:01 PM
> **To:** Zachary Stillman <zstillman@devoreradunsky.com>
> **Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
> **Subject:** Re: Hodges v. Dart et al | Notice of Zoom Deposition (12.4.23)
>
> Can you give me a call and we can discuss a day by agreement?
> In addition, I had an important question I wanted to ask you if you had the time.
>
> On Mon, Oct 23, 2023 at 10:50 AM Zachary Stillman <zstillman@devoreradunsky.com> wrote:
>
>> Good Morning Tyrion,
>>
>> See attached Re-Notice of Deposition designating your deposition specifically as a video recorded deposition.
>>
>> Thank you,
>> Zachary



## Zachary Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Zachary Stillman
**Sent:** Wednesday, October 11, 2023 2:48 PM
**To:** kfranzen@veritext.com <kfranzen@veritext.com>; tshodges97@gmail.com <tshodges97@gmail.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** Hodges v. Dart et al l Notice of Zoom Deposition (12.4.23)

Good Afternoon Tyrion,

See attached Notice of Zoom Deposition being served upon you at this time. Your deposition is scheduled to occur over zoom on Monday, December 4, 2023, at 10 AM.

If there are any issues with this time, please let us know as soon as possible.

Thank you,
Zachary



## Zachary Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYRION S. HODGES, ) | |
|     Plaintiff, ) | Case No. 1:20-cv-06643 |
| ) | |
| v. ) | |
| ) | |
| COOK COUNTY SHERIFF THOMAS ) | |
| DART, R. PARKER, SUPT. L. ) | |
| IRACHERA, C. ZAMFIRESCU, ) | |
| T. RUSHER, J. HERNANDEZ, ) | |
| J. JUDKINS, J. CRUKAJ, M. ) | |
| SHEEHAN, E. DURAN, C. TORRES, ) | |
| T. BEYER, N. DRACA, R. KORKES, ) | |
| F. RUIZOZ, M. STATLER, W. RIVERA, ) | |
| R. GARCIA, A. DUHARKIC, ) | |
| E. VILLARREAL, E. REIERSON, ) | |
| L. ROMAN, S. STROH, D. CONTORNO, ) | |
| J. BARAJAS, R. PASQUEL, J. PRETO, ) | |
| M. BORUS, and M. KOEDYKER, ) | |
|     Defendants. ) | |

**NOTICE OF ZOOM DEPOSITION OF PLAINTIFF TYRION S. HODGES**

TO:    Service List

    **YOU ARE COMMANDED TO APPEAR TO GIVE YOUR DEPOSITION**, before a notary public **electronically VIA ZOOM on December 4, 2023 at 10:00 a.m (or other mutually agreed upon time). (\*zoom link to be provided via email after deposition is confirmed)**

    **NOTICE IS FURTHER GIVEN** that we reserve the right to conduct this deposition utilizing the secure web-based deposition option afforded by Veritext or in the alternative video teleconferencing (VTC) services offered by Veritext ("Web Deposition") or telephonically only to provide remote access for those parties wishing to participate in the deposition via the internet and/or telephone. Also take notice that, the court reporter may also be remote via one of the options above for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. Please contact the noticing attorney at least five (5) calendar days prior to the deposition to advise that it is your desire to appear via this remote participating means so that the

necessary credentials, call-in numbers, testing and information, if necessary, can be provided to you prior to the proceedings. In addition, we also reserve the right to utilize instant visual display technology such that the court reporter's writing of the proceeding will be displayed simultaneous to their writing of same on one's laptop, iPad, tablet or other type of display device connected to the court reporter.

**YOUR FAILURE TO RESPOND TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

| | |
|---|---|
| DEVORE RADUNSKY LLC. | Issued by: |
| 230 W. Monroe Suite 230 | *Troy S. Radunsky*_____ |
| Chicago, Illinois 60606 | ☒ Attorney |
| Attorney #58321 | ☐ Clerk of Court |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, certifies that he served a copy of the attached Notice of Zoom Deposition of Plaintiff Tyrion Hodges via email to Tyrion Hodges on October 11, 2023.

*/s/ Zachary Stillman*_____
[x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein as true and correct.