**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TYRION S. HODGES, ) | |
|        Plaintiff, ) | Case No. 1:20-cv-06643 |
| ) | |
| v. ) | Hon. John F. Kness |
| ) | |
| COOK COUNTY SHERIFF THOMAS ) | |
| DART, R. PARKER, SUPT. L. ) | |
| IRACHERA, C. ZAMFIRESCU, ) | |
| T. RUSHER, J. HERNANDEZ, ) | |
| J. JUDKINS, J. CRUKAJ, M. ) | |
| SHEEHAN, E. DURAN, C. TORRES, ) | |
| T. BEYER, N. DRACA, R. KORKUS, ) | |
| F. RUIZOZ, M. STATLER, W. RIVERA, ) | |
| R. GARCIA, A. DUHARKIC, ) | |
| E. VILLARREAL, E. REIERSON, ) | |
| L. ROMAN, S. STROH, D. CONTORNO, ) | |
| J. BARAJAS, R. PASQUEL, J. PRETO, ) | |
| M. BORUS, and M. KOEDYKER, ) | |
|        Defendants. ) | |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the following document was sent via Email Correspondence to Plaintiff Tyrion Hodges (tshodges97@gmail.com, tyrionhodges642@gmail.com) on January 2, 2024:

- Exhibit C to Defendants' Motion for Sanctions, .mp4 video recording of Plaintiff's Deposition, filed through the Court's Digital Media Exhibit Submission Portal on January 2, 2024 (pending confirmation of filing); and
- This Certificate of Service.

                                                   */s/Zachary Stillman*_____
                                                   Zachary Stillman, One of the
                                                   Attorneys for Defendants

DeVore Radunsky LLC
230 W. Monroe St., Ste 230
Chicago, Illinois 60606