## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tyrion S. Hodges

         Plaintiff,

v.                 Case No.: 1:20−cv−06643
                  Honorable John F. Kness

C. Zamfirescu, et al.

         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2024:

  MINUTE entry before the Honorable John F. Kness: Before the Court are competing motions filed by the parties: Plaintiff's motion [70] seeking entry of a default judgment, and Defendants' motion [72] asking the Court to dismiss the case with prejudice based on Plaintiff's alleged misconduct during his aborted videotaped deposition on 12/4/2023. Defendants have responded [76] to Plaintiff's motion, but Plaintiff has not yet been heard on Defendant's motion [72]. Plaintiff is given leave to file a written response to Defendants' motion for sanctions on or before 2/19/2024. Any reply by Defendants must be filed on or before 2/26/2024. A telephonic status hearing for case tracking purposes is set for 3/12/2024 at 9:30 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.