## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Tyrion Hodges**  
V.  
**Thomas Dart Etal.**

**Judge:John F.Kness**  
**Case No 20-Cv-6643**

### Objection

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land.

I respectfully object to defendants claim because,

1. He was being disrespectful to me and talking to me as a I am no one manipulating the video, not showing him antagonizing me.
2. Raising his voice in an aggressive tone due to the fact, I don't understand.
3. We are still pending motion for attorney representation, which was postponed due to my medical and mental disability.
4. I have PTSD and don't feel comfortable talking to you or anyone.
5. I am physically and mentally struggling and officially have a permanent disability.
6. in addition, defendant has not sent the documents for me to respond to anything recent, for I have made it clear to him multiple times that I cannot see the file and he gets frustrated, and I do too.

    As I pray the court, sees the desperate need for me to be appointed a attorney, for I believe this is causing a conflict and interest, for I am ignorant to the law and have no side counsel knowing I struggle mentally and physically.
    I've attached my most recent surgery receipt, as well as a list of my psychiatric medications.
    Under the penalties of perjury, I declare the foregoing true.

    Tyrion Hodges
    February 23rd, 2024
    Chicago, IL 60617

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2024

I placed in US Mail, along with this certificate, Motion for attorney mRep. ordered by the court to be following addresses.

219 S Dearborn St. Chicago IL 60608

I the Plaintiff', Tyrion Hodges, served via electronic mail to defendants at the email address of record below.

To:   U.S Dist. Court Clerk Thomas Burton

219 S Dearborn St Chicago,IL 60617

DEVORE RADUNSKY LLC

Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)

230 W. Monroe St., Suite 230 Chicago, IL 60606

(312) 300-4479

jdevore@devoreradunsky.com

 tradunsky@devoreradunsky.com