## Re: Hodges | Document Review Issues

Tyrion Hodges <tyrionhodges642@gmail.com>
Wed 2/21/2024 9:38 AM

To: Zachary Stillman <zstillman@devoreradunsky.com>
Cc: Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>

> Some people who received this message don't often get email from tyrionhodges642@gmail.com. Learn why this is important

I have been clicking on the link for the document file multiple times and it isn't opening it's taking me to a portal. Usually you guys have sent it PDF document to my email. I never had to use the portal to now I don't know how to access the stuff.

On Tue, Feb 20, 2024 at 7:53 PM Zachary Stillman <zstillman@devoreradunsky.com> wrote:

> Tyrion,
>
> Aside from the fact that you *can* access the portal, but *choose* not to, you don't even need access to the portal to access the documents.
>
> If you click on the docket number in the email, it allows you to download the document for free without logging in. We know you have managed to download other documents previously.
>
> Please let us know if there is anything else you need.
>
> Thank you,
> Zachary
>
> 
> **Zachary Stillman**
>
> Associate Attorney • DeVore Radunsky LLC
>
> Direct: (312) 300-4485 • Office: (312) 300-4479
> zstillman@devoreradunsky.com
> 230 W Monroe, Ste 230
> Chicago, IL 60606
>
> ---
>
> This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
>
> ---
>
> **From:** Tyrion Hodges <tyrionhodges642@gmail.com>
> **Sent:** Tuesday, February 20, 2024 7:01 PM
> **To:** Zachary Stillman <zstillman@devoreradunsky.com>
> **Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
> **Subject:** Re: Hodges | Document Review Issues
>
>> Some people who received this message don't often get email from tyrionhodges642@gmail.com. Learn why this is important

Send the documents PDF I'm not attorney I don't have access to that portal once again

On Tue, Feb 20, 2024 at 5:34 PM Zachary Stillman <zstillman@devoreradunsky.com> wrote:

Tyrion,

Please advise what documents you are trying to review and we can provide them if neccessary.

You receive the alerts from the court with pleadings, orders, and filings, just as we do.

Thank you,
Zachary

**Zachary Stillman**

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Tyrion Hodges <tyrionhodges642@gmail.com>
**Sent:** Tuesday, February 20, 2024 5:20:55 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>
**Subject:**

You don't often get email from tyrionhodges642@gmail.com. Learn why this is important

I cannot review any documents. It's only saying the document number.