Case: 1:20-cv-06643 Document #: 79-3 Filed: 02/26/24 Page 1 of 1 PageID #:505

**Re: Hodges v. Dart | Service of Digital Media Submission of Exhibit C to Defendants' Motion for Sanctions**

Tyrion Hodges <tyrionhodges642@gmail.com>
Mon 2/26/2024 3:13 PM

To: Zachary Stillman <zstillman@devoreradunsky.com>
Cc: Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; tshodges97@gmail.com <tshodges97@gmail.com>

> You don't often get email from tyrionhodges642@gmail.com. Learn why this is important

Why are you insisting that? I am not trying to access the portal you dumb ass people That's exactly why I cursed you out the first time you think I'm playing around and you're irritating I'm Recovering

On Mon, Feb 26, 2024 at 2:37 PM Zachary Stillman <zstillman@devoreradunsky.com> wrote:

> Tyrion,
>
> Pursuant to the issues you claim to be having accessing filings, see attached Reply in Support of our Motion for Sanctions filed with the Court today.
>
> As stated previously, please let us know if there is anything specific we can help you get access to, and we can do our best to facilitate.
>
> Thank you,
> Zachary
>
> 
>
> **Zachary Stillman**
>
> Associate Attorney • DeVore Radunsky LLC
>
> Direct: (312) 300-4485 • Office: (312) 300-4479
> zstillman@devoreradunsky.com
> 230 W Monroe, Ste 230
> Chicago, IL 60606
>
> ---
>
> This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
>
> ---
>
> **From:** Tyrion Hodges <tyrionhodges642@gmail.com>
> **Sent:** Friday, February 23, 2024 10:50 AM
> **To:** Zachary Stillman <zstillman@devoreradunsky.com>
> **Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; tshodges97@gmail.com <tshodges97@gmail.com>
> **Subject:** Re: Hodges v. Dart | Service of Digital Media Submission of Exhibit C to Defendants' Motion for Sanctions
>
> > Some people who received this message don't often get email from tyrionhodges642@gmail.com. Learn why this is important