FILED 3/19/2024 JCM 1 of 2
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Tyrion Hodges**
V.
**Thomas Dart Etal.**

Judge: John F. Kness
Case No 20-Cv-6643

## Objection

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land.

I respectfully object to defendants claim because,

1. He was being disrespectful to me and talking to me as a I am no one manipulating the video, not showing him antagonizing me.
2. Raising his voice in an aggressive tone due to the fact, I don't understand.
3. We are still pending motion for attorney representation, which was postponed due to my medical and mental disability.
4. I have PTSD and don't feel comfortable talking to you or anyone.
5. I am physically and mentally struggling and officially have a permanent disability.
6. in addition, defendant has not sent the documents for me to respond to anything recent, for I have made it clear to him multiple times that I cannot see the file and he gets frustrated, and I do too.

As I pray the court, sees the desperate need for me to be appointed a attorney, for I believe this is causing a conflict and interest, for I am ignorant to the law and have no side counsel knowing I struggle mentally and physically.
I've attached my most recent surgery receipt, as well as a list of my psychiatric medications.
Under the penalties of perjury, I declare the foregoing true.

Tyrion Hodges
February 23rd, 2024
Chicago, IL 60617

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2024

I placed in US Mail, along with this certificate, Motion for attorney mRep. ordered by the court to be following addresses.

219 S Dearborn St. Chicago IL 60608

I the Plaintiff', Tyrion Hodges, served via electronic mail to defendants at the email address of record below.

To:  U.S Dist. Court Clerk Thomas Burton

219 S Dearborn St Chicago, IL 60617

DEVORE RADUNSKY LLC

Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)

230 W. Monroe St., Suite 230 Chicago, IL 60606

(312) 300-4479

jdevore@devoreradunsky.com

tradunsky@devoreradunsky.com

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Tyrion Hodges**
**V.**
**Thomas Dart Etal.**

Judge: John F. Kness
Case No 20-Cv-6643

## Objection

Now comes Plaintiff Tyrion Hodges standing at law asserting his federal and state constitutional rights, privileges, immunities and protections vested in its entitled amendments expressed as the law of the land.

I respectfully object to defendants claim because,

1. He was being disrespectful to me and talking to me as a I am no one manipulating the video, not showing him antagonizing me.
2. Raising his voice in an aggressive tone due to the fact, I don't understand.
3. We are still pending motion for attorney representation, which was postponed due to my medical and mental disability.
4. I have PTSD and don't feel comfortable talking to you or anyone.
5. I am physically and mentally struggling and officially have a permanent disability.
6. in addition, defendant has not sent the documents for me to respond to anything recent, for I have made it clear to him multiple times that I cannot see the file and he gets frustrated, and I do too.

   As I pray the court, sees the desperate need for me to be appointed a attorney, for I believe this is causing a conflict and interest, for I am ignorant to the law and have no side counsel knowing I struggle mentally and physically.
   I've attached my most recent surgery receipt, as well as a list of my psychiatric medications.
   Under the penalties of perjury, I declare the foregoing true.

   Tyrion Hodges
   February 23rd, 2024
   Chicago, IL 60617

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024

I placed in US Mail, along with this certificate, Motion for attorney mRep. ordered by the court to be following addresses.

219 S Dearborn St. Chicago IL 60608

I the Plaintiff', Tyrion Hodges, served via electronic mail to defendants at the email address of record below.

To:   U.S Dist. Court Clerk Thomas Burton

219 S Dearborn St Chicago,IL 60617

DEVORE RADUNSKY LLC

Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)

230 W. Monroe St., Suite 230 Chicago, IL 60606

(312) 300-4479

jdevore@devoreradunsky.com

tradunsky@devoreradunsky.com

MICHAEL G. MADAY, M.D.
WILLIAM A. HELLER, M.D.
TELLY PSARADELLIS, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.
JONATHAN L. HOOK, D.P.M.
KATELYN ST. MARTIN, PA-C
VICTORIA LANZILOTTI, PA-C

# MIDLAND ORTHOPEDIC ASSOCIATES

( ) 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4600

( ) 8735 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1150

( ) 5201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7767

( ) 1111 EAST 87TH AVE.
CHICAGO, IL 60619
773/375-5500

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION LARGE-R/L | 20610 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | TRIGGER POINT-R/L | 20550 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | CELESTONE ___ CC | J0704 | |
| COMPLICATING | (9921 )-24 | | PLASTER(#ROLLS___) | A4580 | | | | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | DEBRIDEMENT | 11040 | |
| CONSULTATIONS DR. ___ | | | UNNA BOOT | 29580 | | PIN REMOVAL | 20670 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | SPECIAL REPORTS | 99080 | |
| LEVEL | 9927 | | MISC. | | | FRACTURE CARE ( ) | ( ) | |
| IME | 99456 | | ___ ( ) | ___ | | OTHER ( ) | ( ) | |
| | | | ___ ( ) | ___ | | SUPPLIES ( ) | ( ) | |

DIAGNOSIS: ( M2552 ) PAIN IN LEFT ELBOW

DATE OF INJURY ___ FIRST CONSULT ___
RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN ___
( ) LIGHT DUTY ONLY AS OF ___
RESTRICTIONS: ___

SURGERY: (✓)SD ( )AM DATE: ___
OPERATION: SURGERY - CHRIST.
removal hardware (L) elbow

PDG-LEVEL ___ MMI AS OF ___
( ) REGULAR DUTY; NO RESTRICTIONS AS OF ___

ANESTHESIA: ½ hour ( )BRC ( )CLR ( )EPT

NEXT APPOINTMENT: ___ D ___ W ___ M ___ AS NEEDED
DATE: ___ DAY: ___ TIME: ___

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X ___ DATE 2/9/24

## PATIENT INFORMATION

Left Elbow

## ACCOUNT INFORMATION

| DATE | TIME | PATIENT | | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|---|
| 02/09/24 | 10:00A | TYRION | HODGES | M | 5226.95 |
| CHRG. SLIP NO. | DOCTOR | | LOCATION | | TODAY'S CHARGES |
| 1614067 | GARRETT BEYER | | HOMETOWN OFFICE | | |
| ACCT.NO. | RESPONSIBLE PARTY | | PHONE NO. | | TODAY'S PAYMENT |
| 186484 | TYRION | | 312 / 730-6277 | | |
| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| | .00 | .00 | .00 | .00 | |
| INSURANCE COMPANY | | POLICY NUMBER | | BALANCE TYPE | |
| CHR | | 108515719/ / | | I P | |

GLOBAL PER FROM DATE: 06/29/23 THRU DATE: 09/27/23 DIAGNOSIS: EXT 01/03/24
COPAY $





TYRION HODGES
10247 S. VAN VLISSINGEN RD
CHICAGO IL, 60617




U.S DIST. COURT
THOMAS BURTON
219 S. DEARBORN ST.
CHICAGO IL, 60604



03/19/2024-23



2024 MAR 19 AM 9:12
RECEIVED

Case: 1:20-cv-06643 Document #: 81 Filed: 03/19/24 Page 8 of 8 PageID #:514

