# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tyrion S. Hodges

                                Plaintiff,

v.                                                                                Case No.: 1:20−cv−06643
                                                                                     Honorable John F. Kness

C. Zamfirescu, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2024:

      MINUTE entry before the Honorable John F. Kness: At the Court's instance, the motion and status hearing set for 7/31/2024 is reset for 6/27/2024 at 10:00 A.M. That hearing will be held **in−person** in Courtroom 2125. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.