# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tyrion S. Hodges

                Plaintiff,

v.                                               Case No.: 1:20−cv−06643
                                                     Honorable John F. Kness

C. Zamfirescu, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 28, 2024:

      MINUTE entry before the Honorable John F. Kness: Status hearing held 6/26/2024. Counsel for Defendants appeared. Plaintiff contacted the Clerk's office at 10:10 A.M. to advise the Court he was unable to attend the hearing due to a family matter. The matter is set for an in−person hearing 7/11/2024 at 9:00 A.M. in Courtroom 2125. Plaintiff is directed to appear in−person at the reset hearing. Plaintiff should be prepared to address the circumstances pertaining to his absence from the 6/26 hearing. If Plaintiff fails to appear at the hearing set for 7/11/2024, this case will be dismissed with prejudice. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.