# United States Court of Appeals for the Seventh Circuit

**Plaintiff**

**Tyrion Hodges.**            Case No. 20-CV-6643

**V.**



**Defendants**

**Thomas Dart, EtAl**

## APPEAL

Here comes the plaintiffs Tyrion Hodges by himself entering an appeal for civil case 20 CV 6643 on the basis of violation of my eighth amendment as well as 16th of the United States Constitution.

On July 31st 2024 plaintiff had a court appearance in front of John F Kness to hear pending motion for default judgment submitted by the plaintiff. (see exibit A )

Plaintive arrive approximately 20 minutes late due to traffic of the early morning downtown area but was in court in person and ready to proceed.

Though plaintiff and the judge seen each other, he took recess and did not return.

I was forcibly escorted out of the court room by multiple Cook County sheriff officers without seeing the judge or giving any information on n next appearance or even the status. (See exhibit B)

August 23, 2024 I received a notification in my email stating that my lawsuit was dismissed with prejudice for sanctions which I'm not aware of.

I believe this was cruel and unusual and a form of malicious prosecution. In addition, plaintive is currently disabled and receive disability since he was shot last year in 2023.

Mr. Hodges has a series of health problems and has a variety of medication 's, which should make it hard to do self representation and focus on his daily living.

Mr. Hodges have submitted multiple motions for the attorney representation United States District Court based on medical and mental health no hearing was conducted.

Therefore, I ask and pray that the honorable judge into this appeal and taking consideration the facts and exhibit submitted to the court.

Thank you

Tyrion S Hodges

Chicago IL 60617

*Tyrion Hodges*

9-19-24